AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED
UNITED STATES MARSHAL**

6/4/2019 7:59:27 AM

**MIDDLE DISTRICT OF LOUISIANA**

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-CR-61-SDD-EWD |
| EHAB MESELHE | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EHAB MESELHE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to steal trade secrets, in violation of 18 U.S.C. § 1832(a)(5);
Attempting to steal trade secrets, in violation of 18 U.S.C. § 1832(a)(4);
Conspiracy to commit computer fraud and abuse, in violation of 18 U.S.C. § 1030(b).

Date: 5/29/19

_____
Issuing officer's signature

City and state: Baton Rouge, Louisia

Erin Wilder-Doomes, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-4-19, and the person was arrested on *(date)* 6-4-19
at *(city and state)* Lafayette, LA.

Date: 6-4-19

_____
Arresting officer's signature

B. Junius, IRS
*Printed name and title*

FBI Arrest