# COOPERATIVE ENDEAVOR AGREEMENT

**between**

**STATE OF LOUISIANA,**
**OFFICE OF COASTAL PROTECTION AND RESTORATION**

**and**

**THE WATER INSTITUTE OF THE GULF**

THIS COOPERATIVE ENDEAVOR, made and entered into this 4th day of April, 2012 by and between the Office of Coastal Protection and Restoration of the State of Louisiana (hereinafter sometimes referred to as "OCPR"), and Water Institute of the Gulf, a Louisiana not-for-profit corporation exempt from federal income taxation under section 501(a) of the Internal Revenue Code of 1986, as amended (the "Code"), as an organization described in Code section 501(c)(3), and a publicly supported organization described in Code section 509(a)(1), with its registered office located at 402 N. 4th Street, Baton Rouge, Louisiana 70802 (hereinafter sometimes referred to as "Contractor" or the "Water Institute").

WITNESSETH:

WHEREAS, Article VII, Section 14(c) of the Constitution provides that "For a public purpose, the state and its political subdivisions or political corporations may engage in cooperative endeavors with each other, with the United States or its agencies, or with any public or private association, corporation, or individual "; and

WHEREAS, extraordinary land loss experienced over the past 80 years has caused Louisiana and its coastal citizens to suffer excessive catastrophic losses and human, economic, and social harm. For the benefit and protection of the state as a whole, its citizens, and its localities, increased hurricane protection and the establishment of a sustainable coast are vital to survival; and

WHEREAS, through Louisiana's Comprehensive Master Plan for a Sustainable Coast ("Master Plan"), the Coastal Protection and Restoration Authority of Louisiana ("CPRA") incorporates a systems approach to integrate hurricane protection and coastal restoration efforts in order to achieve long-term and comprehensive integrated coastal protection; and

WHEREAS, OCPR, the implementation arm of CPRA, is charged with achieving requisite integrated coastal protection through the implementation of large scale projects scheduled to be constructed with more than $30 billion over the next 50 years; and

WHEREAS, to supply our engineering and scientific community with additional tools and foundational science to expedite the development, design and implementation of the required large-scale projects, OCPR desires to cooperate with Water Institute; and

EXHIBIT
1

WHEREAS, the public purpose is to implement an advanced research-based effort, which will support and supply scientific and technological solutions to inform CPRA decisions; and

WHEREAS, Water Institute will lay a foundation for the advancement of new, best-in-class research that will not only better prepare CPRA and thus Louisiana for future disasters, but will support the development of science and technologies capable of being utilized across the world as it relates to water management; and

WHEREAS, this project has a public purpose, and is in the public interest of the State of Louisiana and its citizens. In order to serve the public for the purposes hereinafter declared, the State and Water Institute have entered into this Agreement.

NOW THEREFORE, in consideration of the mutual covenants herein contained, the parties hereto agree as follows:

**Scope of Services**

1. Provide tools and solutions that will advance the resiliency of south Louisiana.
   - Our understanding of coastal processes and how we attempt to address coastal degradation or community resilience are based on scientists and engineers' attempts to understand and quantify observations. Coastal Louisiana is very dynamic making observations very difficult to mimic. Water Institute will serve as a collaborative center through which government, academic and private sector scientists and engineers can further develop and progress our understanding of the coast through various research methodologies.
   - Gaining a better understanding of our dynamic deltaic environment and how to best quantify observations will decrease the length of feasibility analysis for each project implemented by the CPRA, which will allow the CPRA to more quickly halt occurring coastal erosion, ultimately saving the State tens of millions of dollars in valuable land and the CPRA millions of dollars in additional studies.

2. Advance a system-level approach to coastal restoration and community resiliency.
   - To address our monumental coastal issues, in 2009 CPRA began utilizing a systems approach for how projects are planned and developed. Water Institute will help advance this effort.
   - The implementation of a systems approach requires utilizing a robust network of coastal monitoring stations and predictive models. The State began establishing monitoring stations across the coast in 2007, the data from these stations was utilized to develop the first generation of predictive models that were established to inform the 2012 Master Plan Update, CPRA is required to update the Master Plan at least every 5 years. Historically, we have not had the monitoring data or predictive models to implement a systems approach, which has aided in the failure of many well intentioned projects over the last 20. Advancing the recently implored systems approach should increase the success of planned projects, resulting in tremendous savings to the State.

3. Coalesce, verify and distribute data for our coastal community.
   - Tremendous amounts of data have been and are currently being collected throughout our region. Verifying, organizing and providing access to this data to our coastal engineering and scientific community will enhance our collective efforts.
   - Successful engineering and design of a project is often dependent on the quality and quantity of relevant data. CPRA typically advances dozens of projects simultaneously many of which are in the same basins. Proper management and coordination of this data throughout our scientific and engineering community will reduce duplicate efforts and increase efficiency of design and engineering, ultimately resulting in savings to the State.
   - The Water Institute will also provide recommendations on how monitoring data can be utilized in adaptive management programs and aid in design and implementation of these programs.

4. House and advance models, tools, and information.
   - Through cooperative efforts with academic institutions and the Corps of Engineers, CPRA has developed models for how we quantify our environment and plan for the future. Typically, once federal funding is exhausted, these efforts cease, and over time the results of these efforts lose value. Through Water Institute these efforts would be progressed.
   - The CPRA is statutorily required to update the Coastal Master Plan every five years. To maintain the knowledge and level of effort implored over the last two years the Water Institute will house the State owned models, work with scientists and engineers to develop a plan for advancing the models and coordinate the teams to collaboratively advance the models.
   - Historically, after the plan was submitted to the CPRA for approval, the project teams were disbanded for a number of months before reassembling to work toward the Master Plan update. This approach often results in delays as datasets and paperwork are updated, which typically squeezes the schedule resulting in increased workloads and expenses in a compressed timeframe. Maintaining engagement of the project teams will result in a better work product delivered for the same cost.

5. Provide independent external review of projects, programs and studies.
   - Federal agencies and CPRA currently plan, design, implement and monitor coastal projects and processes. Occasionally, the validity of the plans or results are challenged. Water Institute will supply an independent evaluation of these efforts.
   - Similar to the LCA Science and Technology Board and the Science and Engineering Board established for the 2012 Master Plan Update, independent evaluations are expected to be performed by a collaborative group of internationally renowned scientists and engineers.
   - The independent reviews will be performed at CPRA's request as concerns and debates regarding the need or effectiveness of some of the proposed actions are expressed.

6. Provide independent and credible science for the coastal program.
   - The solutions for the future of Louisiana's coast involve changes to how the river and our coastal zone are currently managed and advancements in how our communities are protected. The Water Institute will provide non-governmental science and engineering based information to aid in informing the anticipated public debate.
   - Work may include conducting independent field or lab studies or experiments to evaluate uncertainties or holding public discussion sessions to better understand concerns.

7. Establish a collective vision for support of a long-term research effort.
   - Current coastal projects are based on the best knowledge we have today. It is understood that as additional studies are performed, projects implemented, and data gathered, what is learned will influence future projects. Water Institute will aid CPRA in developing a strategy for research investment to maximize efforts. . It will also provide concepts and preliminary design criteria for new large-scale and innovative projects to fill gaps in the current coastal protection and restoration master plan and provide opportunities to add new projects to the candidate lists.

8. Expand and export local scientific and engineering expertise
   - Since 2008 more than $15 billion dollars have been invested in Louisiana on coastal resiliency and restoration projects. Over the next decade we anticipate an additional expenditure of an additional $15 billion. The compounding factors of sea level rise and subsidence associated with the Mississippi River Delta challenges the State of Louisiana to conquer coastal erosion issues today that will face every coastal community over the next 20 years. The Water Institute will provide a platform through which our local scientists and engineers can collaborate to address our challenges. When successful the expertise and know-how gained here could be exported to solve similar pending situations around the globe.
   - The lessons learned and data gathered from working in other regions will in turn further our scientists and engineers understanding of coastal environments. Ultimately, decreasing the level of uncertainty associated with implementing coastal projects which will decrease the extent of feasibility studies needed to implement projects, allowing CPRA to implement projects to address coastal erosion quicker saving the State valuable land and dollars spent on studies.

Examples of services that may be provided include performing independent evaluations, rendering recommendations and performing activities associated with: data management; independent science advisory committees; planning and feasibility models; and engineering and scientific tools and solutions for the establishment of resilient communities and coastal habitats.

A. **Goals**

The Goal of this Agreement is for the State and Water Institute to cooperate in the development of independent scientific and technological solutions to assist the State in achieving a sustainable

coast. Fulfillment of that goal will aid the State in reducing economic losses from storm based flooding, sustaining its coastal ecosystem, providing habitats to support an array of commercial and recreational activities coast-wide, and sustaining the unique heritage of coastal Louisiana.

B. **Objectives**

The Objective of this Agreement is for the State and Water Institute to establish a platform that will bring together the best scientists and engineers in the state and the world, leverage existing public and private resources, and create an independent and credible science and technology resource for coastal restoration and hurricane protection for Louisiana.

In connection with the services to be rendered by Water Institute under the terms of this Agreement, Water Institute may hire, engage or otherwise contract with such third party consultants or service providers as deemed necessary by Water Institute.

C. **Deliverables**

Water Institute will provide to the OCPR:

(a) A Science and Engineering Plan developed in coordination with nationally recognized scientists and engineers showing anticipated activities, specific goals, objectives, performance measures, and a schedule of projected expenditures. The Science and Engineering plan is to be completed within 8 months of execution of this agreement.

This Plan, once approved by OCPR and Water Institute, will be incorporated into this Agreement by executing an amendment to this Agreement in accordance with provisions of Section U. Amendments. The Plan will guide the future deliverables of the Water Institute and will be the basis for the Water Institute's Quarterly Progress Reports.

(b) Monthly progress meetings or phone calls and Quarterly Progress Reports outlining progress toward goals and objectives of this Agreement.

D. **Contract Monitor**

The Contract Monitor for the OCPR will be Kyle Graham (or other designee of the Executive Director) and will serve as a liaison between Water Institute and the State, and as monitor of this Agreement.

E. **Performance Measures**

Performance measures for this Contract shall include the following:

1) Timely delivery of the Plan (within 8 months of execution of this Agreement;
2) Quarterly Progress Reports that detail progress made toward a) the deliverables, goals and objectives outlined in this Agreement and b) the deliverables outlined in the Plan, once completed and approved by the OCPR.

F.   **Monitoring Plan**

During the term of this Agreement, representatives of Water Institute shall regularly discuss with the Contract Monitor the progress and results of the Plan and any other matters relating to the services being provided in accordance with this Agreement. The Contract Monitor shall review and analyze Water Institute's Progress Reports, to ensure their compliance with this Agreement, and shall:

(1)  Contact Water Institute for further detail, information or documentation when necessary;

(2)  Assure that funding requests are in compliance with the approved Budget; and

(3)  Coordinate with OCPR's Project Support Section for payments and/or obtaining any further needed documentation.

The Contract Monitor shall utilize a team of OCPR scientists and engineers to review and analyze of the Water Institute's progress reports and work products for compliance with the Scope of Services set forth in the Scope of Services above, and shall:

(1)  Compare the Reports to the goals and objectives outlined in Scope of Services of this Agreement to determine the progress made;

(2)  Maintain telephone and/or e-mail contact with Water Institute on contract activity and/or make visits to Water Institute in order to review the progress and completion of The Water Institute's services, to assure that performance goals are being achieved, and to verify information when needed.

G.   **Budget**

The initial estimated project cost is $10,000,000, with Water Institute contributing $5,000,000 ("Water Institute Contribution") towards the total cost and OCPR contributing an amount not to exceed $5,000,000 (State Contribution") towards the total cost.   The Budget for this Agreement is attached hereto and incorporated herein as Attachment "A", which is attached hereto and made a part hereof by this reference.

H.   **Payment Terms**

In consideration of the services and activities described above, payments to Water Institute shall be made by OCPR quarterly as justified by progress toward objectives and projected expenditures indicated in quarterly reports.

However, no payment shall be made to the Water Institute until a Plan showing anticipated activities, objectives, deliverables and budgets is submitted by the Water Institute and approved by OCPR. Once the plan is approved by OCPR and this Agreement is amended to incorporate the Plan as part of the Agreement, in accordance with the provisions of Section U. Amendments, the Water Institute may submit the first quarterly invoice.

Each quarterly payment thereafter will be made if the Contract Monitor determines that the Progress Reports are satisfactory and in accordance with the Plan. If the Contract Monitor determines that the progress is insufficient, payment will be withheld until such time as a satisfactory determination is made.

Travel expenses, if any, must be consistent with the travel allowances included in the Division of Administration Policy and Procedure Memorandum No. 49. Invoices and/or receipts for travel expenses must be provided with Progress Reports.

I. **Contract Term**

This Agreement shall be commence on February 1, 2012 and shall terminate no later than February 28, 2017.

J. **Tax Liability**

Water Institute hereby agrees that the responsibility for payment of any taxes from the funds thus received under this Agreement and/or legislative appropriation shall be Water Institute's obligation, identified under Water Institute's Federal Tax Identification Number: 45-1066585.

K. **Fiscal Funding**

The continuation of this contract is contingent upon the appropriation of funds to fulfill the requirements of the contract by the legislature. If the legislature fails to appropriate sufficient monies to provide for the continuation of the contract, or if such appropriation is reduced by the veto of the Governor or by any means provided in the appropriations act to prevent the total appropriation for the year from exceeding revenues for that year, or for any other lawful purpose, and the effect of such reduction is to provide insufficient monies for the continuation of the contract, the contract shall terminate on the date of the beginning of the first fiscal year for which funds are not appropriated.

It is further understood that the Water Institute's responsibility for funding under this Agreement shall be limited to the Water Institute's Contribution stated in Section G and subject to said amount being raised and received by the Water Institute from sources of donations, grants and contributions specifically designated by the Project Funders for application to this Agreement. "Project Funders" means those sources of donations, grants and contributions specifically designated for application to this Agreement other than the OCPR. If complete funding is unavailable, resulting in a reduction of the Water Institute's contribution, the State's contribution will be proportionally reduced.

L. **Termination Clause**

The OCPR may terminate this Agreement for cause based upon the failure of the Water Institute to comply with the terms and/or conditions of the Agreement; provided that the State shall give the Water Institute written notice specifying the Water Institute's failure. If within thirty (30)

days after receipt of such notice, the Water Institute shall not have either corrected such failure or, in case of failure which cannot be corrected in thirty (30) days, begun in good faith to correct said failure and thereafter proceeded diligently to complete such correction, then the OCPR may, at its option, place the Water Institute in default and the Agreement shall terminate on the date specified in such notice. Water Institute may exercise any rights available to it under Louisiana law to terminate for cause upon the failure of the OCPR to comply with the terms and conditions of this Agreement; provided that the Water Institute shall give the OCPR written notice specifying the OCPR's failure and a reasonable opportunity for the OCPR to cure the defect.

M. **Termination for Convenience**

The OCPR may terminate this Agreement at any time by giving thirty (30) days written notice to the Water Institute. Water Institute shall be entitled to payment for deliverables in progress; to the extent work has been performed satisfactorily.

N. **Ownership of Materials**

All records, reports, documents and other material delivered or transmitted to Contractor by State shall remain the property of State, and shall be returned by Contractor to State, at Contractor's expense, at termination or expiration of this contract. All records, reports, documents or other material supported by funding of this contract shall become the property of State, and shall, upon request, be returned by Contractor to State, at Contractor's expense, at termination or expiration of this contract.

O. **Nonassignability**

Water Institute shall not assign any interest in this Agreement by assignment, transfer, or novation, without prior written consent of the State. This provision shall not be construed to prohibit Water Institute from assigning it's bank, trust company, or other financial institution any money due or to become due from approved contracts without such prior written consent. Notice of any such assignment or transfer shall be furnished promptly to the State and the Office of Contractual Review.

P. **Audits and Auditors**

It is hereby agreed that the Legislative Auditor of the State of Louisiana, and/or the Office of the Governor, Division of Administration auditors, and/or the Office of the Inspector General, and/or the State shall have the option of reviewing and/or auditing all records and accounts of the Water Institute that relate to this Agreement, as well as all contracts with outside consultants and service providers relative to the performance of services under this Agreement.

Water Institute shall comply with the Louisiana Audit Law, as contained in La. R.S. 24:511 *et seq*, particularly but not exclusively La. R.S. 24:513 A(3) and J; and shall obtain and provide the State with a "contract compliance audit" in accordance with La. Admin. Code Title 34, Part V, Sec. 134 A 3.

Q.    **Discrimination Clause**

The Water Institute agrees to abide by the requirements of the following as applicable: Title VI of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972, Federal Executive Order 11246 as amended, the Rehabilitation Act of 1973, as amended, the Vietnam Era Veteran's Readjustment Assistance Act of 1974, Title IX of the Education Amendments of 1972, the Age Discrimination Act of 1975, the Fair Housing Act of 1968 as amended, and Water Institute agrees to abide by the requirements of the Americans with Disabilities Act of 1990.

The Water Institute agrees not to discriminate in its employment practices, not to discriminate against participants, and that Water Institute will render services under this Agreement without discrimination, and without regard to race, color, religion, sex, national origin, veteran status, political affiliation, or disabilities.

Any act of discrimination committed by Water Institute, or failure to comply with these statutory obligations when applicable, shall be grounds for the termination of this Agreement.

R.    **Public Liability**

Water Institute hereby agrees to protect, defend, indemnify, save and hold harmless the State of Louisiana, all State Departments, Agencies, Boards and Commissions, its officers, agents, servants and employees, including volunteers, from and against any and all claims, demands, expenses and liability arising out of this agreement injury or death to any person or the damage, loss or destruction of any property which may occur or in any way grow out of any negligent act or omission of Water Institute, its agents, servants, and employees or any and all costs, expenses and/or attorney fees incurred as a result of any such claims, demands and/or causes of action except for those claims, demands, and/or causes of action determined to have been caused by the fault or negligence of the State of Louisiana, its State Departments, Agencies, Boards and Commissions, its agents, representatives, and/or employees.

S.    **State Liability**

The State's liability under this Agreement shall be limited to the dollar amount of the appropriation, allocation or budgeted amount shown in this Agreement; and the State shall not in any way be responsible for any additional monetary sums or for any actual, general, special, compensatory, consequential, punitive, pecuniary or plenary damages, any interest, attorney's fees, or for any other or additional claims whatsoever which may be made by any party to this Agreement. Nothing in this Agreement shall constitute, nor may be deemed to create any rights, confer any benefits, or relieve any liability, of any kind whatsoever in or to any person not party to this Agreement.

T.    **Agreement Approval**

This Agreement shall not be effective until it has been approved and signed by all parties, and until it has been approved by the Director of the Office of Contractual Review.

U.    **Amendments**

Any alteration, variation, modification, or waiver of provisions of this contract shall be valid only when they have been reduced to writing, and duly signed. No amendment shall be valid until it has been executed by all parties and approved by the Director of the Office of Contractual Review.

The State and Water Institute agree that this Agreement will be amended to include the Plan, once developed by the Water Institute and approved by the State.

V.    **Compliance with Federal Law**

Sponsor must comply with applicable Federal labor laws covering non-Federal construction, including but not limited to, the Contract Work Hours and Safety Standards Act (formerly 40 U.S.C. 327 *et seq*.) and the Copeland Anti-Kickback Act (formerly 40 U.S.C. 276c) and to the extent if applicable 40 U.S.C. 3141-3148 and 40 U.S.C. 3701-3708 (revising, codifying and enacting without substantive change the provisions of the Davis-Bacon Act) (formerly 40 U.S.C. 276a *et seq*). Sponsor further agrees, in the case of any equipment and/or product authorized to be purchased under this contract, to comply with the Buy American Act 41 U.S.C. 8301-8305 (formerly 41 U.S.C. 10a-10c).

W.    **Certification of Debarment / Suspension Status**

Contractor certifies with its execution of this agreement that it is not suspended, debarred or ineligible from entering into contracts with any department or agency of the Federal Government or of the State of Louisiana, or in receipt of notice of proposed debarment or suspension.

Contractor agrees to secure from any contractor(s) and subcontractor(s) for the captioned project certification that such contractor(s) and subcontractor(s) are not suspended, debarred or declared ineligible from entering into contracts with any department or agency of the Federal Government or of the State of Louisiana, or in receipt of a notice of proposed debarment or suspension.

Contractor shall provide immediate notice to OCPR in the event of it or its contractor(s) or any subcontractor(s) being suspended, debarred or declared ineligible by any department or agency of the Federal Government or of the State of Louisiana, or upon receipt of a notice of a proposed debarment or suspension, either prior to or after execution of this agreement.

Upon receipt of notice of suspension, debarment, or declaration that Contractor or its contractor(s) or any subcontractor(s) is/are ineligible to enter into contracts with any department or agency of the Federal Government or of the State of Louisiana, either prior to or after execution of this agreement, OCPR reserves the right to review cause for said debarment, suspension, or declaration of ineligibility, and to terminate this contract pursuant to the terms of the article in this agreement entitled TERMINATION OF CONTRACT FOR CAUSE, or take such other action it deems appropriate under this contract.

**IN WITNESS WHEREOF,** this Cooperative Endeavor Agreement has been signed by the undersigned duly authorized representative of Water Institute, for the uses, purposes, benefits and considerations herein expressed, in the presence of the undersigned competent witnesses, at Baton Rouge, Louisiana, on the date shown below, to be effective on the first date of the **Contract Term** specified above, after a due reading of the whole document.

**WITNESSES:**

**THE WATER INSTITUTE OF THE GULF**

Tiffany D. Wall

Jennifer Burt

By: [signature]
Name: Kevin P. Reilly Jr.
Title: Chairman

Date: April 4, 2012

**IN WITNESS WHEREOF,** this Cooperative Endeavor Agreement has been signed by the undersigned duly authorized representative of OCPR, for the uses, purposes, benefits and considerations herein expressed, in the presence of the undersigned competent witnesses, at Baton Rouge, Louisiana, on the date shown below, to be effective on the first date of the **Contract Term** specified above, after a due reading of the whole document.

**WITNESSES:**

**LOUISIANA OFFICE OF COASTAL PROTECTION AND RESTORATION**

Julia Rayford

Stephanie LeBoeuf

By: [signature]
Jerome Zeringue
OCPR Executive Director

Date: 3/14/12

APPROVED
Office of the Governor
Office of Contractual Review

MAY 14 2012

Sandra G. Gillen
DIRECTOR

# Attachment "A"

## Water Institute of the Gulf's Delta

## Project Budget

### Anticipated Income or Revenue

| Sources | Amount |
|---|---|
| OCPR | $ 5,000,000 |
| The Water Institute | $ 5,000,000 |
| **Total anticipated income or revenue** | **$10,000,000** |

### Anticipated Expenses

| Expense Categories | Amount |
|---|---|
| Plan Development | $   750,000 |
| *Data Management* | *$3,000,000* |
| *Model Progression* | *$2,500,000* |
| *Independent Advisory Councils* | *$2,000,000* |
| *Science and Technology Program Development* | *$   500,000* |
| *Administrative* | *$1,250,000* |
| **Total Anticipated Expenses** | **$10,000,000** |

**Other than Plan Development, the above expense categories are placeholders. Upon OCPR acceptance of the Plan the contract will be amended to reflect the Plan.

# Attachment "B"

## Water Institute of the Gulf's Delta

## Progress Report Accounting Example

### Expenditures To Date

| State | Amount |
|---|---|
| *Data Management* | $ xxx |
| *Model Progression* | $ xxx |
| **Total State Expenditures** | **$ xxx** |

| Water Institute | Amount |
|---|---|
| *Plan Development* | $ xxx |
| *Model Progression* | $ xxx |
| **Total State Expenditures** | **$ xxx** |

### Anticipated Expenditures for Next Quarter

| State | Amount |
|---|---|
| *Data Management* | $ xxx |
| *Model Progression* | $ xxx |
| **Total State Expenditures** | **$ xxx** |

| Water Institute | Amount |
|---|---|
| *Data Management* | $ xxx |
| *Model Progression* | $ xxx |
| **Total State Expenditures** | **$ xxx** |

**FIRST AMENDMENT AND RESTATEMENT OF COOPERATIVE ENDEAVOR AGREEMENT**

**between**

**STATE OF LOUISIANA,
COASTAL PROTECTION AND RESTORATION AUTHORITY**

**and**

**THE WATER INSTITUTE OF THE GULF**

THIS FIRST AMENDMENT AND RESTATEMENT OF COOPERATIVE ENDEAVOR is made and entered into and effective as of the 1st day of August, 2012, by and between the Coastal Protection and Restoration Authority of the State of Louisiana (hereinafter referred to as "State" or "CPRA" and formerly known as the "Office of Coastal Protection and Restoration"), and The Water Institute of the Gulf, a Louisiana not-for-profit corporation exempt from federal income taxation under section 501(a) of the Internal Revenue Code of 1986, as amended (the "Code"), as an organization described in Code section 501(c)(3), and a publicly supported organization described in Code section 509(a)(1), with its registered office located at 301 N. Main Street, Suite 2000, Baton Rouge, Louisiana 70825 (hereinafter referred to as "Contractor" or the "Water Institute").

WITNESSETH:

WHEREAS, Article VII, Section 14(c) of the Constitution provides that "For a public purpose, the state and its political subdivisions or political corporations may engage in cooperative endeavors with each other, with the United States or its agencies, or with any public or private association, corporation, or individual...;" and

WHEREAS, extraordinary land loss experienced over the past 80 years has caused, Louisiana and its coastal citizens to suffer excessive catastrophic losses and human, economic, and social harm. For the benefit and protection of the state as a whole, its citizens, and its localities, increased hurricane protection and the establishment of a sustainable coast are vital to survival; and

WHEREAS, Act 8 of the First Extraordinary Legislative Session of 2005 restructured the Wetlands Conservation and Restoration Authority to form the Coastal Protection and Restoration Authority ("CPRA") to expand the membership, duties and responsibilities of CPRA and charged CPRA to develop and implement a comprehensive coastal protection plan, including both the Comprehensive Master Plan for a Sustainable Coast ("Master Plan"), which is revised every 5 years, and interim annual plans.

WHEREAS, Act 604 of the Regular Legislative Session of 2012 ("Act 604"), which was signed by Governor Bobby Jindal on June 7, 2012, changed the name of the "Coastal Protection

and Restoration Authority" to the "Coastal Protection and Restoration Authority Board" throughout all relevant Louisiana statutes; and

WHEREAS, Act 604 further changed the name of the "Office of Coastal Protection and Restoration" to the "Coastal Protection and Restoration Authority" throughout all relevant Louisiana statutes; and

WHEREAS, Act 604 authorizes CPRA to "....solely utilize the science and technology capacity of Louisiana universities and the water institute to enhance integrated coastal protection programs, projects, and activities" for certain purposes, and

WHEREAS, through the Master Plan, CPRA incorporates a systems approach to integrate hurricane protection and coastal restoration efforts in order to achieve long-term and comprehensive integrated coastal protection; and

WHEREAS, CPRA (formerly OCPR), the implementation arm of the Coastal Protection Restoration Authority Board (the "CPRA Board"), is charged with achieving requisite integrated coastal protection through the implementation of large scale projects scheduled to be constructed with more than $30 billion over the next 50 years; and

WHEREAS, to supply our engineering and scientific community with additional tools and foundational science to expedite the development, design and implementation of the required large-scale projects, CPRA desires to cooperate with the Water Institute; and WHEREAS, the public purpose is to implement an advanced research-based effort, which will support and supply scientific and technological solutions to inform CPRA decisions; and

WHEREAS, Water Institute will lay a foundation for the advancement of new, best-in-class research that will not only better prepare the CPRA Board and thus Louisiana for future disasters, but will support the development of science and technologies capable of being utilized across the world as it relates to water management;

WHEREAS, this project has a public purpose, and is in the public interest of the State of Louisiana and its citizens. In order to serve the public for the purposes hereinafter declared, the State and Water Institute have entered into this Agreement; and

WHEREAS, CPRA and the Water Institute entered into a Cooperative Endeavor Agreement with an Effective Date of February 1, 2012 (the "CEA") and referenced with CFMS # 712179, and the said parties now desire to supplement and amend that CEA as set forth herein and to restate the supplemented and amended CEA as set forth below (the "Agreement");

NOW, THEREFORE, by mutual consent and agreement, and notwithstanding any other provisions to the contrary contained in the CEA, all of which provisions are hereby modified so as to be consistent with this Agreement, CPRA and the Water Institute hereby agree to supplement, amend and restate the aforesaid CEA, as follows:

**Scope of Services**

1. Provide tools and solutions that will advance the resiliency of south Louisiana.
    - Our understanding of coastal processes and how we attempt to address coastal degradation or community resilience are based on scientists and engineers' attempts to understand and quantify observations. Coastal Louisiana is very dynamic making observations very difficult to mimic. Water Institute will serve as a collaborative center through which government, academic and private sector scientists and engineers can further develop and progress our understanding of the coast through various research methodologies.
    - Gaining a better understanding of our dynamic deltaic environment and how to best quantify observations will decrease the length of feasibility analysis for each project implemented by CPRA, which will allow CPRA to more quickly halt occurring coastal erosion, ultimately saving the State tens of millions of dollars in valuable land and CPRA millions of dollars in additional studies.

2. Advance a system-level approach to coastal restoration and community resiliency.
    - To address our monumental coastal issues, in 2009 CPRA began utilizing a systems approach for how projects are planned and developed. Water Institute will help advance this effort.
    - The implementation of a systems approach requires utilizing a robust network of coastal monitoring stations and predictive models. The State began establishing monitoring stations across the coast in 2007, the data from these stations was utilized to develop the first generation of predictive models that were established to inform the 2012 Master Plan Update, the CPRA Board is required to update the Master Plan at least every 5 years. Historically, we have not had the monitoring data or predictive models to implement a systems approach, which has aided in the failure of many well intentioned projects over the last 20 years. Advancing the recently implored systems approach should increase the success of planned projects, resulting in tremendous savings to the State.

3. Coalesce, verify and distribute data for our coastal community.
    - Tremendous amounts of data have been and are currently being collected throughout our region. Verifying, organizing and providing access to this data to our coastal engineering and scientific community will enhance our collective efforts.
    - Successful engineering and design of a project is often dependent on the quality and quantity of relevant data. CPRA typically advances dozens of projects simultaneously many of which are in the same basins. Proper management and coordination of this data throughout our scientific and engineering community will reduce duplicate efforts and increase efficiency of design and engineering, ultimately resulting in savings to the State.

- The Water Institute will also provide recommendations on how monitoring data can be utilized in adaptive management programs and aid in design and implementation of these programs.

4. House and advance models, tools, and information.
   - Through cooperative efforts with academic institutions and the U.S. Army Corps of Engineers, CPRA has developed models for how we quantify our environment and plan for the future. Typically, once federal funding is exhausted, these efforts cease, and over time the results of these efforts lose value. Through Water Institute these efforts would be progressed.
   - The CPRA Board is statutorily required to update the Master Plan every five years. To maintain the knowledge and level of effort implored over the last two years the Water Institute will house the State owned models, work with scientists and engineers to develop a plan for advancing the models and coordinate the teams to collaboratively advance the models.
   - Historically, after the plan was submitted to the CPRA Board for approval, the project teams were disbanded for a number of months before reassembling to work toward the Master Plan update. This approach often results in delays as datasets and paperwork are updated, which typically squeezes the schedule resulting in increased workloads and expenses in a compressed timeframe. Maintaining engagement of the project teams will result in a better work product delivered for the same cost.

5. Provide independent external review of projects, programs and studies.
   - Federal agencies and CPRA currently plan, design, implement and monitor coastal projects and processes. Occasionally, the validity of the plans or results is challenged. Water Institute will supply an independent evaluation of these efforts.
   - Similar to the LCA Science and Technology Board and the Science and Engineering Board established for the 2012 Master Plan Update, independent evaluations are expected to be performed by a collaborative group of internationally renowned scientists and engineers.
   - The independent reviews will be performed at CPRA's request as concerns and debates regarding the need or effectiveness of some of the proposed actions are expressed.

6. Provide independent and credible science for the coastal program.
   - The solutions for the future of Louisiana's coast involve changes to how the river and our coastal zone are currently managed and advancements in how our communities are protected. The Water Institute will provide non-governmental science and engineering based information to aid in informing the anticipated public debate.
   - Work may include conducting independent field or lab studies or experiments to evaluate uncertainties or holding public discussion sessions to better understand concerns.

7. Establish a collective vision for support of a long-term research effort.
   - Current coastal projects are based on the best knowledge we have today. It is understood that as additional studies are performed, projects implemented, and data gathered, what is learned will influence future projects. Water Institute will aid CPRA in developing a strategy for research investment to maximize efforts. It will also provide concepts and preliminary design criteria for new large-scale and innovative projects to fill gaps in the current Master Plan and provide opportunities to add new projects to the candidate lists.

8. Expand and export local scientific and engineering expertise
   - Since 2008 more than $15 billion have been invested in Louisiana on coastal resiliency and restoration projects. Over the next decade we anticipate an additional expenditure of an additional $15 billion. The compounding factors of sea level rise and subsidence associated with the Mississippi River Delta challenges the State of Louisiana to conquer coastal erosion issues today that will face every coastal community over the next 20 years. The Water Institute will provide a platform through which our local scientists and engineers can collaborate to address our challenges. When successful the expertise and know-how gained here could be exported to solve similar pending situations around the globe.
   - The lessons learned and data gathered from working in other regions will in turn further our scientists and engineers understanding of coastal environments. Ultimately, decreasing the level of uncertainty associated with implementing coastal projects which will decrease the extent of feasibility studies needed to implement projects, allowing CPRA to implement projects to address coastal erosion quicker saving the State valuable land and dollars spent on studies.

Examples of services that may be provided include performing independent evaluations, rendering recommendations and performing activities associated with: data management; independent science advisory committees; planning and feasibility models; and engineering and scientific tools and solutions for the establishment of resilient communities and coastal habitats.

**Goals**

The Goal of this Agreement is for the State and the Water Institute to cooperate in the development of independent scientific and technological solutions to assist the State in achieving a sustainable coast. Fulfillment of that goal will aid the State in reducing economic losses from storm based flooding, sustaining its coastal ecosystem, providing habitats to support an array of commercial and recreational activities coast-wide, and sustaining the unique heritage of coastal Louisiana.

**Objectives**

The Objective of this Agreement is for the State and the Water Institute to establish a platform that will bring together the best scientists and engineers in the state and the world, leverage

existing public and private resources, and create an independent and credible science and technology resource for coastal restoration and hurricane protection for Louisiana.

In connection with the services to be rendered by the Water Institute under the terms of this Agreement, the Water Institute may hire, engage or otherwise contract with such third party consultants or service providers as deemed necessary by the Water Institute.

**Implementation Paths**

This Agreement allows for work to be performed in two different paths:

- Path 1 – Science and Engineering Plan-derived Work.
- Path 2 – Tasked Work as permitted by Act 604.

I.      **Path 1 - Science and Engineering Plan-derived Work**

     A.      **Deliverables**

The Water Institute will provide to CPRA:

(a) A Science and Engineering Plan (the "Plan") developed in coordination with nationally recognized scientists and engineers showing anticipated activities, specific goals, objectives, performance measures, and a schedule of projected expenditures. The Plan is to be completed on or before October 1, 2012.

This Plan, once approved by CPRA and Water Institute, will be incorporated into this Agreement by executing an amendment to this Agreement in accordance with the provisions of Section N of this Agreement. The Plan will guide the future deliverables of the Water Institute and will be the basis for the Water Institute's progress reports in the format provided in Attachment "B" ("Progress Reports").

(b) Monthly progress meetings or phone calls and quarterly Progress Reports outlining progress toward goals and objectives of this Agreement.

     B.      **Contract Monitor**

The Contract Monitor for CPRA will be Kyle Graham (or other designee of the Executive Director) and will serve as a liaison between the Water Institute and the State, and as monitor of this Agreement.

     C.      **Performance Measures**

Performance measures for this Agreement shall include the following:
    1) Timely delivery of the Plan on or before October 1, 2012; and
    2) Quarterly Progress Reports that detail progress made toward:

a) The deliverables, goals and objectives outlined in this Agreement; and
b) The deliverables outlined in the Plan, once completed and approved by CPRA.

D. **Monitoring Plan**

During the term of this Agreement, representatives of the Water Institute shall regularly discuss with the Contract Monitor the progress and results of the Plan and any other matters relating to the services being provided in accordance with this Agreement. The Contract Monitor shall review and analyze the Water Institute's Progress Reports, to ensure their compliance with this Agreement, and shall:

(1) Contact the Water Institute for further detail, information or documentation when necessary;

(2) Assure that funding requests are in compliance with the approved Budget; and

(3) Coordinate with CPRA's Project Support Section for payments and/or obtaining any further needed documentation.

The Contract Monitor shall utilize a team of CPRA scientists and engineers to review and analyze the Water Institute's Progress Reports and work products for compliance with the Scope of Services set forth herein above, and shall:

(1) Compare the Progress Reports to the goals and objectives outlined in Scope of Services of this Agreement to determine the progress made;

(2) Maintain telephone and/or e-mail contact with the Water Institute on activity under this Agreement and/or make visits to the Water Institute in order to review the progress and completion of the Water Institute's services, to assure that performance goals are being achieved, and to verify information when needed.

E. **Budget**

The initial estimated project cost is Ten Million and No/100 Dollars ($10,000,000.00), with the Water Institute contributing $5,000,000.00 (the "Water Institute Contribution") towards the total cost and CPRA contributing an amount not to exceed $5,000,000.00 (the "State Contribution") towards the total cost. The Budget for this Agreement is attached hereto and incorporated herein by this reference as Attachment "A."

F. **Payment Terms**

In consideration of the services and activities described above, payments to the Water Institute shall be made by CPRA quarterly as justified by progress toward objectives and projected expenditures indicated in quarterly reports.

However, no payment shall be made to the Water Institute until a Plan showing anticipated activities, objectives, deliverables and budgets is submitted by the Water Institute and approved by CPRA. The Water Institute may then submit the first quarterly invoice. Once the Plan is approved by CPRA, this Agreement will be amended to incorporate the Plan as part of the Agreement, in accordance with the provisions of Section N of this Agreement.

Each quarterly payment thereafter will be made if the Contract Monitor determines that the Progress Reports are satisfactory and in accordance with the Plan. If the Contract Monitor determines that the progress is insufficient, CPRA will issue a notice of contract non-compliance to the appropriate administrator in the Water Institute within ten (10) days of receipt of an invoice. This notice shall provide a further 30-day grace period to address the insufficiency detailed in the notice. In such an event, the appropriate administrator within CPRA shall also contact the appropriate administrator in the Water Institute to ensure the insufficiency is addressed within the 30-day grace period. If the insufficiency has not been addressed by the expiration of the 30-day grace period, the Water Institute's invoice may not be paid and a meeting between the Principal Investigator and the CPRA Task Manager will be held to resolve the issues. In the event that an agreement cannot be reached, the appropriate administrator from CPRA and the appropriate Water Institute administrator shall review the issues. If this review does not result in agreement then the matter shall be handled in accordance with the provisions of LSA - R.S. 39:1524-1526.

Travel expenses, if any, must be consistent with the travel allowances included in the Division of Administration Policy and Procedure Memorandum No. 49 unless an exception is approved in writing by the Contract Monitor. Invoices and/or receipts for travel expenses must be provided with Progress Reports.

**II. Path 2 - Tasked Work as permitted by Act 604**

Act 604 authorizes CPRA to "...solely utilize the science and technology capacity of Louisiana universities and the water institute to enhance integrated coastal protection programs, projects, and activities for the following purposes:

(a) To identify any uncertainty related to the physical, chemical, geological, biological, or cultural baseline conditions in the coastal area.
(b) To improve the knowledge of the physical, chemical, geological, biological, or cultural baseline condition in the coastal area.
(c) To identify and develop technologies, models, methods, and demonstrations to carry out the purposes of this Subsection."

Under Act 604, the "Coastal Protection and Restoration Authority may enter into contracts and cooperative agreements with Louisiana universities or the water institute." As defined by Act 604 "the water institute shall mean The Water Institute of the Gulf, a 501(c) (3) nonprofit entity, incorporated on March 25, 2011, or its successors."

This path will be utilized based on the specific needs of CPRA staff. A CPRA Contract Manager will serve as the contact person for all requests for cost proposals and contract negotiations between the Water Institute and CPRA. When services are needed, the task to be undertaken through this Agreement shall be identified by a separate task order in the format provided in Attachment "C" ("Task Order"). Each Task Order shall be assigned a Task Order Number for the purpose of identification, invoices, progress reports, etc. and shall make references to this agreement. Each Task Order will have a specific project period that will include starting and ending dates. The ending date will be used to define the end of the period of performance and the date the final deliverables are due, All deliverables are due prior to end date of this agreement as noted in Section III (A) of this agreement.

A Statement of Need will be issued in writing by CPRA to the Water Institute that describes the specific need of CPRA. The Water Institute may prepare a Proposal of Work in response to that Statement of Need which will include, at a minimum: the project title, principal investigator(s), description of work, schedule for completion, interim and final reporting requirements and deliverables, itemized budget, budget justification, and payment terms. If necessary, the Water Institute and CPRA may negotiate cost, a payment schedule, deliverables, and a period of performance to complete the task(s) until agreement is reached. After agreement is reached an official Task Order will be issued and executed by the parties hereto reflecting the agreed upon terms, and a Notice to Proceed will authorize the commencement of the Task.

The Water Institute is encouraged to utilize a collaborative team of personnel (subcontractors) in order to complete said Task Order within the period of performance and budget established in the Task Order. Subcontracted work shall also be itemized in advance and described in the Proposal of Work and approved in the resulting Task Order. In the event that the Water Institute is unable to complete said Task Order within the period of performance, the Water Institute shall request a no cost extension. CPRA will respond within a reasonable timeframe.

All matters relating to each Task Order will be processed for CPRA through the CPRA Task Manager who will be identified in the Notice to Proceed. All technical matters relating to each Task Order will be processed for the Water Institute through a Principal Investigator who will be identified in the Task Order.

A. **Compensation and Payment**

The fee which CPRA agrees to pay and the Water Institute agrees to accept for satisfactory completion of the services to be rendered pursuant to Path 2 of this Agreement shall not exceed a total sum of Twenty-five Million and No/100 Dollars ($25,000,000.00). Travel and other allowable expenses shall constitute part of the maximum payable under the terms of this agreement.

No authority exists for payments that exceed the approved maximum agreement amount except through written amendment prior to expiration date of the agreement.

The Water Institute will submit invoices as specified in the Task Order. All invoices shall include current and cumulative invoice amounts, Cooperative Endeavor Agreement number,

Task Order number, and certification as to truth and accuracy of invoice and shall be accompanied by the standard CPRA Monitoring Report in the format provided in Attachment "D". These invoices will be based on the completion of deliverables identified in the Task Order. Invoices will be sent to the CPRA Contract Manager for approval following the schedule provided in the Task Order. CPRA will send payment within 30 days of receipt of invoices provided that interim deliverables have been submitted and conform to the specifications in the scope of work. The CPRA Contract Manager will confer regularly with the CPRA Task Manager for approval of all invoices. Once all final deliverables are completed by the Water Institute, the Water Institute will submit a final invoice within 30 days.

The total maximum payable under this Agreement shall not exceed $30,000,000, which includes the total maximum payable of $5,000,000 under Path 1 and $25,000,000 under Path II.

B. **Reporting Requirements**

Informal Reporting
The Task Order will set forth the frequency and type (telephone, e-mail, meetings, etc.) of interim status reports/updates that may be required by the CPRA Task Manager for the purposes of monitoring progress. This may include updates of progress to meet milestones, timelines, and/or deliverables. Specific details of this routine update shall be determined by the CPRA Task Manager on a task-specific basis and will be described in the Task Order.

Formal Reporting
Unless otherwise stated in the Task Order, the Water Institute's Principal Investigator for each Task Order shall submit to the CPRA Task Manager the following reports: monitoring reports, one or more interim reports and a final report for each Task Order.

Monitoring Report
Monitoring reports must be submitted with each invoice to be considered for payment. The monitoring report should follow the format provided in Attachment "D" with applicable sections completed.

Interim Report
Unless otherwise stated in the Task Order, the interim reports shall include at a minimum the following sections: Background/Justification for the task, Materials and Methods, Status/Progress, Results, and Discussion of Findings. The Status/Progress section of the interim reports shall reflect the portion of the Task Order conducted and the interim results. The Task Order shall specify the frequency of interim reports.

Final Report
Sufficient funds must be budgeted at the outset of the project to cover the costs of preparing the final report, including any requested revisions. Completion of the revisions to the final report shall become the sole responsibility of the Water Institute and no revision to the Task Order cost shall be permitted for this purpose. Should the basis for a request for the revisions to a final report involve issues that require additional research beyond the scope of the original Task

Order, the parties shall mutually agree on the scope of the revisions and on appropriate adjustments of the costs. Such agreement shall be in writing and signed by authorized representatives of both parties.

The schedule for completion of the final report will be included in the Task Order. Unless otherwise stated in the Task Order, the final report shall conform to the specifications in the scope of work and shall include at a minimum the following sections: Executive Summary, Background/justification for the task (to include digest of previously known research on the subject and closely related items), Materials and Methods, Results, Discussion of findings, and a Bibliography.

CPRA will provide comments to the Water Institute's Principal Investigator, including any requested changes, per the Final Reporting Period schedule described in the Task Order.

Upon receipt of comments from CPRA, the Water Institute shall per the Final Reporting Period schedule described in the Task Order furnish the CPRA Task Manager an original report manuscript and digital files of the final report in the agreed-upon software format for use in producing copies of the report for distribution. This final report shall incorporate all CPRA comments, or include an explanation of why CPRA comments were not incorporated.

In the event that a final report that conforms to the specifications in the scope of work has not been received by the CPRA Task Manager per the Final Reporting Period schedule described in the Task Order, CPRA will issue a notice of contract non-compliance to the appropriate administrator in the Water Institute within ten (10) days. This notice shall provide a further thirty (30) day grace period for submission of a final report to CPRA that conforms to the scope of work described in the Task Order and/or Scope of Services. In such an event, the appropriate administrator within CPRA shall contact the appropriate administrator in the Water Institute to ensure compliance with the terms of the agreement within the thirty (30) day grace period. If a final report that conforms to the specifications in the scope of work described in the Task Order has not been received by the expiration of the thirty (30) day grace period, the Water Institute's final invoice may not be paid and CPRA reserves the right to complete the final report by assigning CPRA staff or by entering into a contract with another entity.

If the final report does not conform to the specifications in the scope of work described in the Task Order, a meeting between the Principal Investigator and the CPRA Task Manager will be held to resolve the issues. In the event that an agreement cannot be reached, the appropriate administrator from CPRA and the appropriate Water Institute administrator shall review the issues. If this review does not result in agreement then the matter shall be handled in accordance with the provisions of LSA - R.S. 39:1524 -1526.

C. **Subcontracts**

The Water Institute shall include, in any subcontract related to the work to be performed under the CEA as described in this Agreement, provision in substantially the same form as the following:

*"The Parties hereby acknowledge that this subcontract is subject and subordinate to the terms, covenants, conditions and provisions of that certain Cooperative Endeavor Agreement by and between the Coastal Protection and Restoration Authority and The Water Institute of the Gulf with an effective date of February 1, 2012, as amended from time to time (the "Cooperative Endeavor Agreement"), a copy of which is attached hereto and incorporated herein by reference. Sub-Contractor hereby agrees not to do or to permit to be done any act or thing that will constitute a breach or violation of any of the terms, covenants conditions or provisions of the Cooperative Endeavor Agreement. Sub-Contractor further represents that it has read and is familiar with the terms of the Cooperative Endeavor Agreement and hereby agrees to be bound by the terms, covenants, conditions and provisions of the Cooperative Endeavor Agreement as amended from time to time.*

*In so performing the services described in this subcontract and discharging the authority and responsibility hereunder, Sub-Contractor shall conform to all applicable federal, state and local laws, rules and regulations, as well as any pertinent policies of the Water Institute as brought to its attention. Sub-Contractor agrees that it will represent the Water Institute's interests in the Cooperative Endeavor Agreement, as amended from time to time and as further determined by periodic communications or meetings with the Water Institute's designee."*

D. **Notice to Proceed with Work**

The Water Institute shall not proceed with any Task Order activities until after the execution of the Task Order and receipt of written Notice to Proceed issued by CPRA.

III. **General Contract Terms and Clauses** (applicable to Path 1 and Path 2 work)

A. **Contract Term**

This Agreement shall commence on February 1, 2012 and shall terminate no later than February 28, 2019.

B. **Tax Liability**

The Water Institute hereby agrees that the responsibility for payment of any taxes from the funds thus received under this Agreement and/or legislative appropriation shall be the Water Institute's obligation, identified under the Water Institute's Federal Tax Identification Number: 45-1066585.

C. **Fiscal Funding**

The continuation of this Agreement is contingent upon the appropriation of funds to fulfill the requirements of the Agreement by the Louisiana Legislature. If the legislature fails to appropriate sufficient monies to provide for the continuation of the contract, or if such appropriation is reduced by the veto of the Governor or by any means provided in the appropriations act to prevent the total appropriation for the year from exceeding revenues for that year, or for any other lawful purpose, and the effect of such reduction is to provide insufficient monies for the continuation of the contract, the contract shall terminate on the date of the beginning of the first fiscal year for which funds are not appropriated.

It is further understood that the Water Institute's responsibility for funding under this Agreement shall be limited to the Water Institute's Contribution stated in Section I. Path 1, Item E and subject to said amount being raised and received by the Water Institute from sources of donations, grants and contributions specifically designated by the Project Funders for application to this Agreement. "Project Funders" means those sources of donations, grants and contributions specifically designated for application to this Agreement other than CPRA. If complete funding is unavailable, resulting in a reduction of the Water Institute's Contribution, the State's Contribution will be proportionally reduced.

D. **Termination Clause**

CPRA may terminate this Agreement for cause based upon the failure of the Water Institute to comply with the terms and/or conditions of the Agreement; provided that the State shall give the Water Institute written notice specifying the Water Institute's failure. If within thirty (30) days after receipt of such notice, the Water Institute shall not have either corrected such failure or, in case of failure which cannot be corrected in thirty (30) days, begun in good faith to correct said failure and thereafter proceeded diligently to complete such correction, then CPRA may, at its option, place the Water Institute in default and the Agreement shall terminate on the date specified in such notice. The Water Institute may exercise any rights available to it under Louisiana law to terminate for cause upon the failure of CPRA to comply with the terms and conditions of this Agreement; provided that the Water Institute shall give CPRA written notice specifying CPRA's failure and a reasonable opportunity for CPRA to cure the defect.

E. **Termination for Convenience**

CPRA may terminate this Agreement at any time by giving thirty (30) days written notice to the Water Institute. Water Institute shall be entitled to payment for deliverables in progress; to the extent work has been performed satisfactorily.

F. **Ownership of Materials**

All records, reports, documents and other material delivered or transmitted to Contractor by the State shall remain the property of the State, and shall be returned by Contractor to the State, at Contractor's expense at any time requested by the State or, at termination or expiration of this Agreement. All records, reports, documents or other material supported by funding of this Agreement shall become the property of the State, and shall, upon request, be returned by

Contractor to the State, at Contractor's expense at any time requested by the State or, at termination or expiration of this Agreement.

G. **Nonassignability**

The Water Institute shall not assign any interest in this Agreement by assignment, transfer, or novation, without prior written consent of the State. This provision shall not be construed to prohibit the Water Institute from assigning its bank, trust company, or other financial institution any money due or to become due from approved contracts without such prior written consent. Notice of any such assignment or transfer shall be furnished promptly to the State and the Office of Contractual Review.

H. **Confidential Information**

Either party to this Agreement shall agree that all information contained in documents marked "Confidential" which are forwarded to one by the other shall be received by the recipient party, including subcontractors, in strict confidence and not disclosed by the recipient party (except as required by law, governmental regulation, or court order), its agents or employees without the prior written consent of an authorized officer of the other party, unless such information:

(a) was in the public domain at the time of disclosure; or
(b) later became part of the public domain through no act or omission of the recipient party, its employees, agents, successors or assigns; or
(c) was lawfully disclosed to the recipient party by a third party having the right to disclose it; or
(d) was already known by the recipient party at the time of disclosure; or
(e) is necessary to file a patent application.

These confidentiality obligations shall continue until three years after termination of the relevant work.

I. **Audits and Auditors**

It is hereby agreed that the Legislative Auditor of the State of Louisiana, and/or the Office of the Governor, Division of Administration auditors, and/or the Office of the Inspector General, and/or the State shall have the option of reviewing and/or auditing all records and accounts of the Water Institute that relate to this Agreement, as well as all contracts with outside consultants and service providers relative to the performance of services under this Agreement.

The Water Institute shall comply with the Louisiana Audit Law, as contained in La. R.S. 24:511 *et seq*, particularly but not exclusively La. R.S. 24:513 A(3) and J; and shall obtain and provide the State with a "contract compliance audit" in accordance with La. Admin. Code Title 34, Part V, Sec. 134 A 3.

J. **Discrimination Clause**

The Water Institute agrees to abide by the requirements of the following as applicable: Title VI of the Civil Rights Act of 1964 and Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972, Federal Executive Order 11246 as amended, the Rehabilitation Act of 1973, as amended, the Vietnam Era Veteran's Readjustment Assistance Act of 1974, Title IX of the Education Amendments of 1972, the Age Discrimination Act of 1975, the Fair Housing Act of 1968 as amended, and Water Institute agrees to abide by the requirements of the Americans with Disabilities Act of 1990.

The Water Institute agrees not to discriminate in its employment practices, not to discriminate against participants, and that the Water Institute will render services under this Agreement without discrimination, and without regard to race, color, religion, sex, national origin, veteran status, political affiliation, or disabilities.

Any act of discrimination committed by the Water Institute, or failure to comply with these statutory obligations when applicable, shall be grounds for the termination of this Agreement.

K. **Public Liability**

The Water Institute hereby agrees to protect, defend, indemnify, save and hold harmless the State of Louisiana, all State Departments, Agencies, Boards and Commissions, its officers, agents, servants and employees, including volunteers, from and against any and all claims, demands, expenses and liability arising out of this Agreement, injury or death to any person or the damage, loss or destruction of any property which may occur or in any way grow out of any negligent act or omission of the Water Institute, its agents, servants, and employees or any and all costs, expenses and/or attorney fees incurred as a result of any such claims, demands and/or causes of action except for those claims, demands, and/or causes of action determined to have been caused by the fault or negligence of the State of Louisiana, its State Departments, Agencies, Boards and Commissions, its agents, representatives, and/or employees.

L. **State Liability**

The State's liability under this Agreement shall be limited to the dollar amount of the appropriation, allocation or budgeted amount shown in this Agreement; and the State shall not in any way be responsible for any additional monetary sums or for any actual, general, special, compensatory, consequential, punitive, pecuniary or plenary damages, any interest, attorney's fees, or for any other or additional claims whatsoever which may be made by any party to this Agreement. Nothing in this Agreement shall constitute, nor may be deemed to create any rights, confer any benefits, or relieve any liability, of any kind whatsoever in or to any person not party to this Agreement.

M. **Agreement Approval**

This Agreement shall not be effective until it has been approved and signed by all parties, and until it has been approved by the Director of the Office of Contractual Review.

N. **Amendments**

Any alteration, variation, modification, or waiver of provisions of this Agreement shall be valid only when such have been reduced to writing and duly signed. No amendment shall be valid until it has been executed by all parties and approved by the Director of the Office of Contractual Review.

The State and the Water Institute agree that this Agreement will be amended to include the Plan once developed by the Water Institute and approved by the State.

O. **Compliance with Federal Law**

Contractor must comply with applicable Federal labor laws covering non-Federal construction, including but not limited to, the Contract Work Hours and Safety Standards Act (formerly 40 U.S.C. 327 *et seq.*) and the Copeland Anti-Kickback Act (formerly 40 U.S.C. 276c) and to the extent if applicable 40 U.S.C. 3141-3148 and 40 U.S.C. 3701-3708 (revising, codifying and enacting without substantive change the provisions of the Davis-Bacon Act) (formerly 40 U.S.C. 276a *et seq*). Contractor further agrees, in the case of any equipment and/or product authorized to be purchased under this Agreement, to comply with the Buy American Act, 41 U.S.C. 8301-8305 (formerly 41 U.S.C. 10a-10c).

P. **Certification of Debarment / Suspension Status**

Contractor certifies with its execution of this Agreement that it is not suspended, debarred or ineligible from entering into contracts with any department or agency of the Federal Government or of the State of Louisiana, or in receipt of notice of proposed debarment or suspension.

Contractor agrees to secure from any contractor(s) and subcontractor(s) for the captioned project certification that such contractor(s) and subcontractor(s) are not suspended, debarred or declared ineligible from entering into contracts with any department or agency of the Federal Government or of the State of Louisiana, or in receipt of notice of proposed debarment or suspension.

Contractor shall provide immediate notice to CPRA in the event of it or its contractor(s) or any subcontractor(s) being suspended, debarred or declared ineligible by any department or agency of the Federal Government or of the State of Louisiana, or upon receipt of a notice of a proposed debarment or suspension, either prior to or after execution of this Agreement.

Upon receipt of notice of suspension, debarment or declaration that Contractor or its contractor(s) or any subcontractor(s) is/are ineligible to enter into contracts with any department or agency of the Federal Government or of the State of Louisiana, either prior to or after execution of this Agreement, CPRA reserves the right to review cause for said debarment, suspension or declaration of ineligibility, and to terminate this Agreement pursuant to the terms of the article in this Agreement entitled Termination Clause (Section D above), or take such other action it deems appropriate under this Agreement.**IN WITNESS WHEREOF,** this Cooperative Endeavor Agreement has been signed by the undersigned duly authorized

**IN WITNESS WHEREOF,** this Cooperative Endeavor Agreement has been signed by the undersigned duly authorized representative of the Water Institute, for the uses, purposes, benefits and considerations herein expressed, in the presence of the undersigned competent witnesses, at Baton Rouge, Louisiana, on the date shown below, to be effective on the first date of the **Contract Term** specified above, after a due reading of the whole document.

**WITNESSES:**

**THE WATER INSTITUTE OF THE GULF**

By: ______________________
Charles G. Groat
President & CEO

Date: 8/6/12

**IN WITNESS WHEREOF,** this Cooperative Endeavor Agreement has been signed by the undersigned duly authorized representative of CPRA, for the uses, purposes, benefits and considerations herein expressed, in the presence of the undersigned competent witnesses, at Baton Rouge, Louisiana, on the date shown below, to be effective on the first date of the Contract Term specified above, after a due reading of the whole document.

**WITNESSES:**

**COASTAL PROTECTION AND RESTORATION AUTHORITY**

By: ______________________
Jerome Zeringue
CPRA Executive Director

Date: 8/8/12

APPROVED
Office of the Governor
Office of Contractual Review

SEP 14 2012

DIRECTOR

# Attachment "A"

## Project Budget: The Water Institute of the Gulf

## Path 1: Science and Engineering Plan-derived Work

### Anticipated Income or Revenue

| Sources | Amount |
| --- | --- |
| Coastal Protection and Restoration Authority | $ 5,000,000 |
| The Water Institute | $ 5,000,000 |
| **Total anticipated income or revenue** | **$10,000,000** |

### Anticipated Expenses

| Expense Categories | Amount |
| --- | --- |
| Plan Development | $ 750,000 |
| *Data Management* | *$3,000,000* |
| *Model Progression* | *$2,500,000* |
| *Independent Advisory Councils* | *$2,000,000* |
| *Science and Technology Program Development* | *$ 500,000* |
| *Administrative* | *$1,250,000* |
| **Total Anticipated Expenses** | **$10,000,000** |

**Other than Plan Development, the above expense categories are placeholders. Upon CPRA acceptance of the Plan, the Agreement will be amended to reflect the Plan.

# Attachment "B"

## Progress Report: The Water Institute of the Gulf

## Path 1: Science and Engineering Plan-derived Work

### Expenditures To Date

| State | Amount |
|---|---|
| *Data Management* | $ xxx |
| *Model Progression* | $ xxx |
| **Total State Expenditures** | **$ xxx** |

| Water Institute | Amount |
|---|---|
| *Plan Development* | $ xxx |
| *Model Progression* | $ xxx |
| **Total Water Institute Expenditures** | **$ xxx** |

### Anticipated Expenditures for Next Quarter

| State | Amount |
|---|---|
| *Data Management* | $ xxx |
| *Model Progression* | $ xxx |
| **Total State Expenditures** | **$ xxx** |

| Water Institute | Amount |
|---|---|
| *Data Management* | $ xxx |
| *Model Progression* | $ xxx |
| **Total Water Institute Expenditures** | **$ xxx** |

## Attachment "C"

## Path 2: Task Order Format

Cooperative Endeavor Agreement Number_____________ Dated ____________

Task Order No. ______ Amendment No. _______

Federal Flow through Funds _____yes ______no (check one)

Upon authorization by CPRA, the project specified by this Task Order shall be performed in accordance with the Cooperative Endeavor Agreement (number: 2503-12-58) effective (which is incorporated herein in its entirety) between CPRA and the Water Institute.

{Each Task Order shall include the following provisions}

1. **Project Title:**

2. **Principal Investigator(s):**

3. **Attach a Statement of Work (Appendix "A"):** *A description of the work to be performed.*

4. **Period of Performance:** *To include the research period and the final reporting period.*
   **Research Period:** *A schedule for the performance of the research described in the Statement of Work, including starting and ending dates.*
   **Final Reporting Period:** *A schedule for completion of the Final Report including applicable review periods.*

5. **Specified Deliverable Items:** *Specify required deliverables (e.g., monitoring reports, interim reports, final report, etc.) and frequency.*

6. **CPRA Material and Equipment:** *Identify any material or equipment that is on loan to the Water Institute.*

7. **Attach an Itemized Budget (Appendix "B"):** *Include budget and payment terms.*

**8**

Coastal Protection and Restoration Authority

______________________________
Signature Date

The Water Institute of the Gulf

______________________________
Signature Date

**Appendix "A" to Task Order**

**Statement of Work**

# Appendix "B" to Task Order

## Budget

## Attachment "D"

## Path 2: Monitoring Report Format

MONITORING REPORT

Date: ____________________________

Contracting Party: ____________________________ CPRA Task Order No.______________

Project Title: "_________________________________________________________________"

Invoice No. _______________________ Invoice Amount:____________________

Total Contract Amount: $________________ Balance: $_____________________

Total invoiced to date: $__________________________________

I. WORK COMPLETED TO DATE (ACCORDING TO TYPE CONTRACT):

A. Percentage of work completed [include percentage completed and/or milestones accomplished (give dates)].
B. Hourly (include services performed and number of hours worked).
C. Scope of Services Outlined by Tasks (include tasks completed or portion of task completed to date).
D. Actual Costs Incurred
E. Fee Schedule

II. FOR EACH PROJECT A NARRATIVE OF IMPLEMENTATION PROGRESS INCLUDING:

A. Tasks and/or milestones accomplished (give dates)

B. Tasks and/or milestones not accomplished with explanation or assessment of:

1. Nature of problems encountered:

2. Remedial action taken or planned:

3. Whether minimum criteria for measure can still be met:

4. Likely impact upon achievement:

## III. DELIVERABLES

## IV. OTHER DISCUSSIONS OF SPECIAL NOTE

Contracting Party ______________________________ Date ______________

Approval ______________________________ Date ______________
CPRA Task Manager

Approval ______________________________ Date ______________
CPRA Contract Manager

**SECOND AMENDMENT TO**
**COOPERATIVE ENDEAVOR AGREEMENT**

**between**

**STATE OF LOUISIANA,**
**COASTAL PROTECTION AND RESTORATION AUTHORITY**

**and**

**THE WATER INSTITUTE OF THE GULF**

THIS SECOND AMENDMENT TO COOPERATIVE ENDEAVOR AGREEMENT (the "Amendment") is made and entered into this 17th day of April, 2013 and effective as of the 1st day of September, 2012 (the "Effective Date"), by and between the Coastal Protection and Restoration Authority of the State of Louisiana (hereinafter referred to as "State" or "CPRA"), formerly known as the "Office of Coastal Protection and Restoration", and The Water Institute of the Gulf, a Louisiana not-for-profit corporation exempt from federal income taxation under section 501(a) of the Internal Revenue Code of 1986, as amended (the "Code"), as an organization described in Code section 501(c)(3), and a publicly supported organization described in Code section 509(a)(1), with its registered office located at 301 Main Street, Suite 2000, Baton Rouge, Louisiana 70825 (hereinafter referred to as "Contractor" or "Water Institute").

WITNESSETH:

WHEREAS, CPRA and Water Institute entered into that certain Cooperative Endeavor Agreement dated effective February 1, 2012, as amended and restated by that certain First Amendment and Restatement of Cooperative Endeavor Agreement dated effective August 1, 2012 (as amended and restated, the "CEA"); and

WHEREAS, pursuant to the terms of the CEA, the CEA shall be amended to include the Plan (as defined in the CEA), once developed by Water Institute and approved by the State; and

WHEREAS, the Plan has been developed by Water Institute and approved by the State; and

WHEREAS, CPRA and Water Institute desire to amend the CEA in order to incorporate the Plan into the CEA; and

WHEREAS, CPRA and Water Institute desire to amend certain other terms and conditions set forth in the CEA.

NOW, THEREFORE, in consideration of the mutual covenants herein contained, and other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

AGREEMENT:

1. Amendments.

1.1 Article I, Section F of the CEA (Payment Terms) is hereby amended in its entirety to read as follows:

**"F. Payment Terms**

In consideration of the services and activities described above, CPRA shall make four equal payments ($1,250,000 each payment) to the Water Institute. The Water Institute shall submit progress reports detailing progress toward objectives and projected expenditures. Each payment will be authorized by the Contract Monitor.

However, no payment shall be made to the Water Institute until a Plan showing anticipated activities, objectives, deliverables and budgets is submitted by the Water Institute and approved by CPRA. The Water Institute may then submit the first invoice. Once the Plan is approved by CPRA, this Agreement will be amended to incorporate the Plan as part of the Agreement, in accordance with the provisions of Section N of this Agreement.

Each payment thereafter will be made if the Contract Monitor determines that the Progress Reports are satisfactory and in accordance with the Plan. If the Contract Monitor determines that the progress is insufficient, CPRA will issue a notice of contract non-compliance to the appropriate administrator in the Water Institute within ten (10) days of receipt of an invoice. This notice shall provide a further 30-day grace period to address the insufficiency detailed in the notice. In such an event, the appropriate administrator within CPRA shall also contact the appropriate administrator in the Water Institute to ensure the insufficiency is addressed within the 30-day grace period. If the insufficiency has not been addressed by the expiration of the 30-day grace period, the Water Institute's invoice may not be paid and a meeting between the Principal Investigator and the CPRA Task Manager will be held to resolve the issues. In the event that an agreement cannot be reached, the appropriate administrator from CPRA and the appropriate Water Institute administrator shall review the issues. If this review does not result in agreement then the matter shall be referred to the Executive Director of CPRA, or his designee, and a Water Institute representative, who will be the final arbiters and who will resolve the issues in question in accordance with the provisions of LSA - R.S. 39:1524-1526."

1.2 Attachment "A" to the CEA is hereby amended and replaced in its entirety with Exhibit A attached hereto.

1.3 Attachment "B" to the CEA is hereby amended and replaced in its entirety with Exhibit B attached hereto.

1.4 The CEA is hereby amended such that the Plan, attached hereto as Exhibit C, is hereby incorporated into the CEA by reference.

1.5 Article II, Section C of the CEA (Subcontracts) is hereby amended in its entirety to read as follows:

**"C. Subcontracts**

The Water Institute shall include, in any subcontract related to the work to be performed under the CEA as described in this Agreement, provision in substantially the same form as the following:

*"The Parties hereby acknowledge that this subcontract is subject and subordinate to the terms, covenants, conditions and provisions of that certain Cooperative Endeavor Agreement by and between the Coastal Protection and Restoration Authority and The Water Institute of the Gulf with an effective date of February 1, 2012, as amended and restated by that certain First Amendment and Restatement of Cooperative Endeavor Agreement by and between the Coastal Protection and Restoration Authority and The Water Institute of the Gulf with an effective date of August 1, 2012 [insert references to any other applicable amendments to the Cooperative Endeavor Agreement], and as further amended from time to time (the "Cooperative Endeavor Agreement"), a copy of the current version of the Cooperative Endeavor Agreement (including all applicable amendments) being attached hereto and incorporated herein by reference. Subcontractor hereby agrees not to do or to permit to be done any act or thing that will constitute a breach or violation of any of the terms, covenants, conditions or provisions of the Cooperative Endeavor Agreement, as amended from time to time. Subcontractor further represents that it has read and is familiar with the terms of the current version of the Cooperative Endeavor Agreement (including all applicable amendments) attached hereto and hereby agrees to be bound by the terms, covenants, conditions and provisions of the Cooperative Endeavor Agreement, as further amended from time to time.*

*In so performing the services described in this subcontract and discharging the authority and responsibility hereunder, Subcontractor shall conform to all applicable federal, state and local laws, rules and regulations, as well as any pertinent policies of the Water Institute as brought to its attention. Subcontractor agrees that it will represent the*

*Water Institute's interests in the Cooperative Endeavor Agreement, as amended from time to time, and as further determined by periodic communications or meetings with the Water Institute's designee.*

*Notwithstanding the above, nothing contained herein shall obligate Subcontractor in any manner or to any extent which is prohibited by applicable federal, state or local law.*'""

2. Reaffirmation. The CEA, as modified by this Amendment, shall remain in full force and effect. To the extent this Amendment conflicts with the CEA, the provisions of this Amendment shall control.

3. Defined Terms. Capitalized terms not otherwise defined herein shall have the meanings set forth in the CEA.

4. Counterparts; Facsimile Signatures. This Amendment may be executed in any number of counterparts, each of which shall be an original, but all of such counterparts shall together constitute but one and the same instrument. Delivery of an executed counterpart of this Amendment by facsimile or other electronic means shall be equally as effective as delivery of a manually executed original counterpart of this Amendment.

[Signatures on following page]

**IN WITNESS WHEREOF,** this Second Amendment to Cooperative Endeavor Agreement has been signed by the undersigned duly authorized representative of the Water Institute, for the uses, purposes, benefits and considerations herein expressed, in the presence of the undersigned competent witnesses, at Baton Rouge, Louisiana, on the date shown below, to be effective on the Effective Date specified above, after a due reading of the whole document.

**WITNESSES:**

**THE WATER INSTITUTE OF THE GULF**

Printed Name: Blair A Better

Charles G. Groat, President & CEO

Printed Name: Jennifer Butler

**IN WITNESS WHEREOF,** this Second Amendment to Cooperative Endeavor Agreement has been signed by the undersigned duly authorized representative of CPRA, for the uses, purposes, benefits and considerations herein expressed, in the presence of the undersigned competent witnesses, at Baton Rouge, Louisiana, on the date shown below, to be effective on the Effective Date specified above, after a due reading of the whole document.

**WITNESSES:**

**COASTAL PROTECTION AND RESTORATION AUTHORITY**

Printed Name: Lauren Pourciau

Jerome Zeringue, Executive Director

Printed Name: Natalie Peyronnin

APPROVED
Office of the Governor
Office of Contractual Review

MAY - 2 2013

Pamela Bartfay Rice
DIRECTOR

# ATTACHMENT A

## Project Budget for The Water Institute of the Gulf
## Path 1: Science and Engineering Plan-Derived Work

### Anticipated Income or Revenue

| Sources | Amount |
|---|---|
| Coastal Protection and Restoration Authority | $ 5,000,000 |
| The Water Institute | $ 5,000,000 |
| **Total Anticipated Income or Revenue** | **$10,000,000** |

### Anticipated Expenses

| Expense Categories | Amount |
|---|---|
| Plan Development | $ 1,000,000 |
| Sediment Availability and Management | $ 1,000,000 |
| Subsidence | $ 350,000 |
| Vegetation and Climate Change | $ 700,000 |
| Fisheries | $ 450,000 |
| Community Resilience and Adaptation | $ 450,000 |
| Innovative Engineering for Coastal Management | $ 500,000 |
| Models and Data Management for Real Time Forecasting | $ 650,000 |
| Project Implementation Support | $ 350,000 |
| Future Projects | $ 4,550,000 |
| **Total Anticipated Expenses** | **$10,000,000** |

**EXHIBIT B**
**TO SECOND AMENDMENT TO**
**COOPERATIVE ENDEAVOR AGREEMENT**

Attachment "B"

[See Attached]

# ATTACHMENT B

## Progress Report for The Water Institute of the Gulf
## Path 1: Science and Engineering Plan-Derived Work

**Percentage of Completion to Date**

| Project/Scope of Services | Budget | Percentage of Completion | Amount: Total | Amount: State | Amount: Water Institute |
|---|---|---|---|---|---|
| Science and Engineering Plan Development | $ 1,000,000 | | $ - | $ - | $ - |
| Sediment Availability and Management | $ 1,000,000 | | $ - | $ - | $ - |
| Subsidence | $ 350,000 | | $ - | $ - | $ - |
| Vegetation and Climate Change | $ 700,000 | | $ - | $ - | $ - |
| Fisheries | $ 450,000 | | $ - | $ - | $ - |
| Community Resilience and Adaptation | $ 450,000 | | $ - | $ - | $ - |
| Innovative Engineering for Coastal Management | $ 500,000 | | $ - | $ - | $ - |
| Models and Data Management for Real Time Forecasting | $ 650,000 | | $ - | $ - | $ - |
| Project Implementation Support | $ 350,000 | | $ - | $ - | $ - |
| Future Projects/Scope of Services | $ 4,550,000 | | $ - | $ - | $ - |
| | | | $ - | $ - | $ - |
| | | | $ - | $ - | $ - |
| | | | $ - | $ - | $ - |
| TOTAL | $ 10,000,000 | | $ - | $ - | $ - |

**Anticipated Completion for Next Quarter**

| Project/Scope of Services | Budget | Anticipated % of Completion | Amount: Total | Amount: State | Amount: Water Institute |
|---|---|---|---|---|---|
| Science and Engineering Plan Development | $ 1,000,000 | | $ - | $ - | $ - |
| Sediment Availability and Management | $ 1,000,000 | | $ - | $ - | $ - |
| Subsidence | $ 350,000 | | $ - | $ - | $ - |
| Vegetation and Climate Change | $ 700,000 | | $ - | $ - | $ - |
| Fisheries | $ 450,000 | | $ - | $ - | $ - |
| Community Resilience and Adaptation | $ 450,000 | | $ - | $ - | $ - |
| Innovative Engineering for Coastal Management | $ 500,000 | | $ - | $ - | $ - |
| Models and Data Management for Real Time Forecasting | $ 650,000 | | $ - | $ - | $ - |
| Project Implementation Support | $ 350,000 | | $ - | $ - | $ - |
| Future Projects/Scope of Services | $ 4,550,000 | | $ - | $ - | $ - |
| | | | $ - | $ - | $ - |
| | | | $ - | $ - | $ - |
| | | | $ - | $ - | $ - |
| TOTAL | $ 10,000,000 | | $ - | $ - | $ - |

| | State |
|---|---|
| **Cummulative Amount:** | $ - |
| **Previous Cummulative Amount:** | |
| **Current Amount:** | $ - |

**EXHIBIT C**
**TO SECOND AMENDMENT TO**
**COOPERATIVE ENDEAVOR AGREEMENT**

THE PLAN

[See Attached]



# Science and Engineering Plan:

## An Applied Research Plan for the Coastal Protection and Restoration Authority of Louisiana

September 18, 2012

THE WATER INSTITUTE
OF THE GULF

## Contents

Overview ... 3
Louisiana's Coastal Crisis ... 4
The State Response ... 4
The Need for Coordinated Scientific Capacity ... 5
The Water Institute of the Gulf ... 6
- Guiding Principles ... 6
- Leaders and Advisors ... 7

Science and Engineering Plan: Background ... 7
Science and Engineering Priorities ... 9
- Sediment Availability and Management ... 9
- Subsidence ... 10
- Vegetation and Climate Change ... 10
- Fisheries ... 10
- Community Resilience and Adaptation ... 11
- Innovative Engineering for Coastal Management ... 11
- Models and Data Management for Real Time Forecasting ... 12
- Project Implementation Support ... 12

Appendix 1: A Detailed Look at the Science and Engineering Plan Priorities ... 1.1
- Sediment Availability and Management ... 1.2
- Subsidence ... 1.3
- Vegetation and Climate Change ... 1.4
- Fisheries ... 1.5
- Community Resilience and Adaptation ... 1.6
- Innovative Engineering for Coastal Management ... 1.7
- Models and Data Management for Real Time Forecasting ... 1.8
- Project Implementation Support ... 1.9

## Overview

The Water Institute of the Gulf is a not-for-profit, independent research institute dedicated to advancing the understanding of coastal and deltaic systems and to applying scientific and technological solutions for the benefit of society. The Water Institute was founded in 2011 to build collaboration with public, private, and academic partners to preserve and protect the US Gulf Coast environment, a major source of natural, human, and industrial resources. The Institute is also designed to develop and share cutting edge technology in order to advance water management efforts worldwide.

The Institute's first efforts will focus on Louisiana, and specifically, how the state can most effectively address its coastal land loss and flooding crisis. This document identifies the principles, goals, and priorities that will govern the Institute's initial work for the state. The document was prepared pursuant to a Cooperative Endeavor Agreement between The Water Institute and the Coastal Protection and Restoration Authority of Louisiana.

## Louisiana's Coastal Crisis

Louisiana's coast includes one of North America's most productive wetland ecosystems, hosts five of the nation's largest ports, and provides more than 90 percent of the nation's offshore energy supplies. In addition, the coast is home to nearly half of Louisiana's population. All of these resources and communities are at risk from coastal land loss. According to the US Geological Survey, Louisiana has lost approximately 1,900 square miles of land since 1932. This extensive land loss not only harms priceless natural systems, it makes towns and cities more vulnerable to flooding. The same flooding risks also threaten nationally important infrastructure, such as navigation channels and energy supply systems that are critical to the nation's economy. As Louisiana continues to lose land, jobs, and communities it has become clear that saving the coast is not an option—it is an imperative.

## The State Response

In recent years, the State of Louisiana and the Louisiana Legislature have taken bold action to protect and restore the coast. This progress is embodied in the establishment of a constitutionally

protected trust fund for coastal projects, the formation of the Coastal Protection and Restoration Authority (CPRA) to oversee and manage Louisiana's coastal protection and restoration program, and the development of Louisiana's Comprehensive Master Plan for a Sustainable Coast. These efforts complement other state and federal investments in the coast, such as the Coastal Wetlands Planning, Protection and Restoration Act; the Coastal Impact Assistance Program; the Louisiana Coastal Area Program; and the Greater New Orleans Hurricane Protection System.

As these and other activities have taken shape, we have learned that protecting and restoring the coast requires a holistic, system wide approach. Piecemeal, uncoordinated efforts cannot stop the root causes of land loss and flooding. Recent events in coastal Louisiana have driven home the need for this coordinated action. Four major hurricanes between 2005 and 2008 battered south Louisiana, changing life forever in many communities. In 2010, the Deepwater Horizon oil spill brought more challenges to the coast. Meeting these challenges is no easy task, but hardships for Louisiana residents are



Couvillion, B.R., Barras, J.A., Steyer, G.D., Sleavin, William, Fischer, Michelle, Beck, Holly, Trahan, Nadine, Griffin, Brad, and Heckman, David, 2011, Land area change in coastal Louisiana from 1932 to 2010: U.S. Geological Survey

mingled with opportunities. Billions of new dollars in coastal protection and restoration projects are already or will become available as part of ongoing hurricane and flood protection efforts. Other projects will be implemented thanks to state and federal recovery efforts related to the oil spill, including projects associated with the RESTORE Act.

Recognizing how much there is at stake, both in terms of problems to be addressed and opportunities to be wisely used, the Louisiana Legislature unanimously adopted Louisiana's 2012 Comprehensive Master Plan for a Sustainable Coast. The plan was based on a two-year analysis involving some of the state's best scientists and engineers as well as national and international experts. The state used this analysis to select 109 high performing projects that could deliver measurable benefits to our communities and coastal ecosystems over the coming decades. The plan showed that if these projects were fully funded, at a cost of $50 billion, the state could substantially increase flood protection for communities and make great strides toward creating a sustainable coast.



*The 2012 Coastal Master Plan was unanimously approved by the Louisiana Legislature in 2012.*

## The Need for Coordinated Scientific Capacity

The world class science and engineering incorporated in the 2012 Coastal Master Plan will guide policy decisions as the state continues to intensify its commitment to project construction. This level of progress has highlighted other areas where advancement is needed. As Louisiana's coastal program grows and more funds become available to fund large-scale efforts, Louisiana needs commensurate improvements in the way it coordinates and manages coastal science and engineering. For example, implementation of the master plan will require regular upgrades in research capacity and better use of the knowledge that has already been gained. A focus on applied science and engineering must continue to guide the program if we are to achieve a sustainable coast.

The need for this level of applied research has been well documented in the last decade, and the state has laid the foundation for positive change. The CPRA established a program focused on applied coastal engineering and science and it provided support along with the Louisiana Coastal Area's Science and Technology Program, and other efforts, including those of private industry.

In addition, at least three university led consortia for coastal science and engineering have been created and are operating today. Multiple scientists and engineers now focus on water and coastal issues throughout Louisiana.

The value of Louisiana's scientists and engineers—state, federal, private, and university based—is without question. Increased coordination of their work and its increased application to the urgent problems facing south Louisiana will expand knowledge at a time when the

state's expanded coastal program requires more knowledge than ever before.

For all of these reasons, the state needs a central point of science and engineering capacity, one that can help the state build better projects more quickly. This center of innovation must work with academic and private sector experts to maximize the applied knowledge available to decision makers.

## The Water Institute of the Gulf

The Water Institute of the Gulf was created to meet these needs. The Institute is a not-for-profit, independent research institute dedicated to advancing the understanding of coastal and deltaic systems and to applying scientific and technological solutions for the benefit of society. Founded in 2011, The Water Institute of the Gulf will build collaboration with public, private, and academic partners to preserve and protect the US Gulf Coast environment, a major source of human, natural, and industrial resources, while developing and sharing cutting edge technology with the goal of advancing water management efforts worldwide.

By serving as a vehicle for collaboration among the best scientists and engineers in the world, The Water Institute will drive innovation in coastal restoration and hurricane protection, building world class expertise in these areas. This expanded capacity will not just inform federal and state efforts in Louisiana, it will eventually create a center of science and engineering excellence that can serve communities throughout the Gulf Coast and beyond.

Intrinsic to this effort is the need to use public and private resources in new ways, such as bringing together university and

private scientists and engineers who might not otherwise collaborate. Fostering these kinds of exchanges will allow The Water Institute to capitalize on the depth of expertise that already exists but has not yet been used to maximum combined effect. The Institute's funding will come from a variety of competitive and non-competitive grants provided by both public and private sources across the Gulf Coast and the nation.

### Guiding Principles

The principles below describe how The Water Institute will approach its mission.

*Strengthen independent and credible science and engineering used by decision makers.* The Water Institute's work will provide insight into key Gulf Coast projects and processes. The Institute's findings will be governed strictly by the outcomes produced by scientists and engineers using high quality, technically sound methods and tools.

*Collaborate and coordinate with multiple entities to focus science and engineering inquiries and their application.* Although The Water Institute will house scientists and engineers in cornerstone disciplines, the Institute will not itself employ all of the scientists and engineers with which it works. Instead, as a nonprofit entity, the Institute will serve as a catalyst for partnerships among universities, NGOs, government agencies, and the private sector, identifying expertise and focusing it on crucial challenges. In this way, the Institute will coordinate existing efforts so they can be readily applied. The Institute will also identify where new expertise is needed and build these areas of knowledge.

*Use a system-based approach to Gulf Coast restoration and community resiliency.* The Water Institute will deepen

understanding of the complex and dynamic systems at work in the Gulf Coast, including environmental, social, and economic factors.

*Build capacity to achieve long-term goals.* Addressing the Gulf Coast's challenges will require a focused effort over the next several decades. To support this effort, The Water Institute will invest in the tools and partners needed to provide value over the coming decades.

### Leaders and Advisors

The Water Institute of the Gulf is led by founding President and CEO Charles "Chip" Groat, Ph.D., a globally recognized expert on earth sciences, energy, resource assessment, groundwater issues, and coastal studies. The Institute's Board of Directors, chaired by Kevin Reilly Jr., represents a diverse group of individuals, all highly regarded within their fields, including experts on federal program management.

To support the quality of the Institute's efforts, a Science and Engineering Advisory Council was formed. The council's members have expertise in a variety of technical disciplines, and are familiar with the challenges facing the Gulf Coast. The council's charge is to outline an overall strategic plan for the Institute, including program elements, priorities, and staffing needs. The council will also be responsible for providing an annual report card based on an evaluation of the previous year's efforts.

### Science and Engineering Advisory Council Members

Greg Baecher, PhD, PE, University of Maryland

Virginia Burkett, PhD, United States Geological Survey

Tony Dalrymple, PhD, PE, Johns Hopkins University

Margaret Davidson, JD, National Oceanographic and Atmospheric Administration

Jos Dijkman, MSc, PE, Dijkman Delft

Shirley Laska, PhD, University of New Orleans

Rick Luettich, PhD, University of North Carolina

Fred Sklar, PhD, South Florida Water Management District

## Science and Engineering Plan: Background

The independent science and engineering conducted under the auspices of The Water Institute will support the restoration of Gulf Coast communities - both human and natural. Initial efforts will include a Louisiana focus, with the understanding that lessons learned may be applicable to other gulf regions. At the same time, knowledge from other areas will be applied to Louisiana issues. In this way, the Institute's work in Louisiana will both support critical state initiatives and pave the way for expanded activities gulf wide.

Act No. 604 of the 2012 Regular Session of the Louisiana Legislature provided the authority for the CPRA to use the science and technology capacity of The Water Institute to improve the knowledge of baseline conditions in the coastal area and to develop technologies, models, and methods to carry out the state's coastal activities. In so doing, the legislature affirmed the urgent need for expanded knowledge that can help Louisiana build improved projects with greater speed.

In concert with the legislature's initiative, the CPRA has provided initial funding for The Water Institute. A Cooperative Endeavor Agreement is the mechanism for implementing the funding; the agreement outlines how the Institute will implement a focused science and engineering program.

To more precisely define the activities that will be undertaken for the CPRA as part of the Cooperative Endeavor Agreement, The Water Institute developed this Science and Engineering Plan in consultation with the Science and Engineering Advisory Council. The plan describes the areas of focus and activities to be undertaken in the agreement's first few years. The plan also outlines how these activities help to fulfill Louisiana's needs for sound coastal science and engineering.

The Science and Engineering Plan covers a diverse body of work that will provide important value to the State of Louisiana and build the capacity of The Water Institute. This plan includes long term initiatives that will significantly boost the success of Louisiana's coastal program. The plan also includes exploration of near term, specific priorities.

Although it may be amended in the coming years to reflect new areas of emphasis, this plan provides an initial roadmap that will govern how The Water Institute will support the CPRA's need for high quality science and engineering.

In developing this document, Water Institute staff, in consultation with its technical advisors and the CPRA, identified four goals. Because they capture the primary challenges facing Louisiana as it seeks to address land loss and flooding, these goals helped drive the selection of specific priorities in this plan.

*Improve understanding of system dynamics.* All science and engineering efforts for Louisiana's coast take place within a system governed by humans and their interactions with the natural environment. This environment includes rivers; gulf tides and storms; and other natural processes, such as sediment compaction and subsidence. Climate

change is an overarching part of this system as well, particularly its effects on water levels, weather, and various species.

The Water Institute will undertake activities to help the State of Louisiana more fully understand how all of these elements interact, particularly as new projects are implemented as part of the 2012 Coastal Master Plan. To achieve this goal, the Institute will provide information about outcomes, including how the coast will change if projects are not built. The Institute will also consider how the construction of projects will influence communities and land building, along with fisheries and other ecosystem services.

*Optimize project performance.*
The projects in the 2012 Coastal Master Plan were chosen because they will deliver crucial value to the state. However, in order to implement these projects effectively, the state needs information about how to complete construction on time and within established budgets. The state also needs to ensure that projects deliver their projected benefits. The Water Institute will work to provide the best possible information about these issues so that projects can move forward most efficiently.

*Design approaches that support sustainable communities and renewable natural resources.*
The landscape, fisheries, and wildlife of Louisiana's coast are among our nation's most precious natural assets. They represent the essence of what makes Louisiana a world renowned Sportsman's Paradise; these natural resources also sustain thousands of jobs related to eco-tourism, as well as fisheries and other harvests. In support of these resources, and the environmental, economic, social

and cultural importance they hold, The Water Institute will synthesize existing information to make it readily available and conduct targeted new research and modeling. These efforts will expand the state's understanding of how to be an effective steward of the natural resources so central to the identity of south Louisiana.

*Support Louisiana's Working Coast.* As has often been stated, Louisiana's coast is not a pristine wilderness but a global center of commerce and industry that provides thousands of jobs for coastal residents. The Water Institute will explore how economic uses of the coast can best be integrated with projects to be implemented as part of the 2012 Coastal Master Plan. The Institute's initiatives will seek to support a diverse range of activities coast wide. Emphasis will be placed on identifying win-win approaches that can both strengthen the state's economic base and support the coast's long term sustainability.

## Science and Engineering Priorities

The goals above are, by necessity, quite broad. Understanding that The Water Institute had to focus its activities more narrowly in the near term to accommodate budget and timing requirements, the Institute's scientists and engineers, in concert with the CPRA and the Science and Engineering Advisory Council, identified the priorities below. These priorities address many of the state's most pressing needs for scientific and engineering knowledge that can be applied to the coast. In addition, these priorities work to achieve multiple goals, providing interdisciplinary knowledge that will be important to long term success in confronting Louisiana's coastal crisis. For these reasons, under the activities governed by the Cooperative Endeavor Agreement, The Water Institute will make

investigation of the priorities below its first order of business.

As part of its work on these eight priorities, The Water Institute scientists and engineers will work closely with the CPRA, state and federal agencies, and other researchers to avoid duplication of effort, coordinate as appropriate to gain the most information from limited funds, and ensure that the best skills are being applied to the problems at hand.

**Sediment Availability and Management.** Given the 2012 Coastal Master Plan's emphasis on sediment diversions and marsh creation, it is essential that the state more precisely understand how much sediment is available throughout the coast, the characteristics of this sediment, and how best to use it.

Three primary sources of sediment can be used to help restore Louisiana's coastal wetlands: riverine sediment; in-system sediment from coastal bays and channels; and offshore sediments, including sand, that can be used for restoring barrier islands. The Water Institute's work on this priority will seek to determine the level at which these sediment resources can be exploited for restoration and protection without causing other adverse ecological or economic consequences. Accordingly, the Institute will also examine the renewal rate for sediment resources.

*What this inquiry will provide.* A clearer understanding of the availability and dynamics of the state's limited sediment resources is a prerequisite for restoring our coast. The Institute's work, in conjunction with previous and ongoing work in this area, including ongoing CPRA efforts, is vital for implementing the projects in the 2012 Coastal Master Plan.

For example, better understanding of sediment transport pathways within the coastal system will enable more efficient use of sediment for restoration and improve estimates of project construction and maintenance costs.

**Subsidence.** Subsidence is a natural characteristic of deltaic environments and has been the subject of much research in Louisiana. In recent years, improved methods for measuring land surface elevation using GPS technology and the application of geophysical modeling have advanced our understanding of potential subsidence rates and mechanisms. However, the rates of future subsidence and their spatial distribution remain controversial and uncertain. We do know that subsidence remains a key driver of coastal land loss, a potential constraint on restoration success, and a source of risk for Louisiana communities. Rising sea levels will only exacerbate the problem.

The Water Institute's focus in this area will synthesize ongoing research in order to capture the state of our knowledge on subsidence.

*What this inquiry will provide.* Improved information on this issue will strengthen our understanding of subsidence mechanisms and how they vary across the coast and through time. This will allow better predictions of subsidence rates and more accurate design of flood protection and restoration projects.

**Vegetation and Climate Change.** As a low lying deltaic area, Louisiana's coast is among the most vulnerable regions in the world to the effects of climate change. Native coastal vegetation, including that associated with coastal marshes, dunes, mangrove forests, and swamp forests will be exposed to multi faceted effects as a result of climate change. Estuaries will become more saline, and shorelines will retreat as sea level rises and coastal landforms adjust to the changing environment. The cumulative and interactive effects of these changes have enormous implications for ecosystem restoration in coastal Louisiana.

The Water Institute will examine and synthesize data on a number of factors associated with climate change, including sea level rise, higher temperatures, changes in rainfall patterns and runoff, and increased carbon dioxide. The aim will be to learn how these and other climate change drivers affect coastal plant communities and landforms. Specific questions to be examined include the effects of climate change on coastal plant productivity, vertical accretion rates, plant decomposition rates, and carbon sequestration rates in various wetland types. In future years The Water Institute will work to improve simulation of how coastal landforms, such as barrier islands and inlets, will respond to changes in climate and sea level and, more specifically, how the success of individual projects may be influenced by climate change and associated stressors.

*What this inquiry will provide.* This information will allow the state to implement protection and restoration measures in ways that take into account the stressors introduced by climate change. Doing so will help make these projects more resilient, delivering more value per dollar spent. The issue of plant productivity could also become an important economic consideration as the market for carbon mitigation grows.

**Fisheries.** Given the importance of this priority to the economy and culture of south Louisiana, coastal land loss impacts on fisheries are a topic of much discussion, as are the possible effects of protection and restoration projects. However, there are few definitive studies

of how coastal landscape change will affect commercially and recreationally important species. Uncertainty in this area hinders decision making and delays implementation of important coastal initiatives.

To shed more light on this crucial subject, The Water Institute will examine historical change, both naturally occurring and human induced, as well as current natural variation in the abundance and distribution of fish species. The aim is to better understand species' resilience to changes in coastal conditions and what the future holds for fisheries given the impacts of climate change (e.g. acidification, temperature changes), land loss, restoration efforts, and other impacts, such as the effects of levees and flood gates. The Institute's work will focus on native estuarine and marine dependent species of commercial and recreational importance.

*What this inquiry will provide.* Many discussions of fisheries focus on the past: where species were located and how people's livelihoods have been affected as these species moved or changed. By providing knowledge about how fisheries are predicted to shift in coming years, The Water Institute's work on fisheries predictability will help inform decision making and provide reasonable expectations about the future dynamics of key species. This knowledge will also help the state design future projects with an eye toward maintaining robust fisheries coast wide.

**Community Resilience and Adaptation.** The importance of the culture and economic activity of coastal Louisiana is unquestioned. As coastal conditions change due to natural cycles and human activities, we need sound information about how communities will be affected. Because adaptation to our dynamic coast has been such a hallmark of Louisiana history, we also need to understand how communities have adapted to coastal change in the past.

While it is only one of the mechanisms of coastal change in Louisiana, examining how climate change affects communities and developing options for the future are both key parts of this priority, particularly given the need to assess local needs and concerns and include them in coastal planning efforts. The Water Institute will consider factors such as increasing incidence of droughts and high temperatures, the changing availability of fresh water, and higher sea levels. This information will inform decision making at the state and local levels and within the communities themselves. In addition to examining these environmental factors, the Institute will also consider the economic and societal impacts of coastal projects.

*What this inquiry will provide.* The Water Institute's work on this priority will provide coastal communities with improved information about the kinds of changes they can expect and what they can do to prepare. By creating a climate adaptation plan that identifies a range of possible future changes and options, The Water Institute's work will augment the nonstructural investments identified in the 2012 Coastal Master Plan.

**Innovative Engineering for Coastal Management.** The need for action is great, but resources are limited and time is short. In order to expedite action that makes the most of limited resources, The Water Institute will spur the progression of restoration and protection engineering, generating new ideas and using approaches that have worked well in other areas but have yet to be applied in Louisiana.

Some of the questions to be explored will be large in scope, such as "Where are the major sources of uncertainty in project implementation?" Other questions will focus more narrowly on specific project types, such as designing structures that maximize sediment capture or designing flood protection structures that can readily be adjusted to account for subsidence or sea level rise.

*What this inquiry will provide.* As a center for innovation in coastal engineering, The Water Institute will help ensure that state coastal investments employ the most effective technologies and serve as models for the application of sound engineering throughout the world.

**Models and Data Management for Real Time Forecasting.** For years, models that simulate coastal processes have been the basis for understanding current and future system dynamics. Predicting conditions decades into the future has thus become a cornerstone of project planning. In addition, using specially designed models in concert with a growing network of real time coastal monitoring stations could enable near real time forecasting of coastal conditions. To date, however, links between monitoring data and models is restricted to defining boundary conditions, validating models, and refining how the models work together.

The Water Institute will more fully integrate monitoring data into models to allow near real time forecasting of coastal conditions. Doing so will make it easier to discern short term changes in coastal conditions, such as the effects of wind and changes in freshwater inflows. Easy access to real time and archived data is a key part of integrating models with data collection; meeting this challenge will be an important part of The Water Institute's work.

*What this inquiry will provide.* Models that represent hypothetical future conditions are useful for planning but not for operational decisions, which are essential to continued management of our coastal system. The Water Institute will use ongoing data collection and specially designed modeling tools to support decisions that are being made all the time, such as how the state operates structures during non-storm conditions. The Water Institute envisions using this capability to eventually develop public interfaces that will allow residents to have near real time views of water, weather, and fisheries patterns. This work will allow both the state and its citizens to reap the benefits of the extensive data collection that has been undertaken in recent years, while informing project design and construction.

**Project Implementation Support.** Selecting and implementing the actions necessary to achieve the sustainability of coastal Louisiana requires decision making at a variety of levels. The 2012 Coastal Master Plan has identified the suite of projects that will be moved forward, but the design and implementation of these projects and their re-evaluation as conditions change will require adaptive management that must be informed by science and engineering knowledge. The Water Institute will support these decisions not just by compiling and producing data, but also by making the implications of these data easier for decision makers to understand and apply.

This research priority focuses on understanding, and where possible reducing, the uncertainty associated with implementing projects; for example, how costs could change, how long construction could take, and how reliable the projects' outcomes are likely to be.

For example, the Institute will develop an approach for assessing flooding risk that

considers uncertainties in project design and implementation. This knowledge will help decision makers better understand the sources of uncertainty in protection projects and how those risks may be reduced. A similar approach will be developed for restoration projects. Workshops, test cases, and other activities will also present the results of Water Institute work to broader

audiences, both technical and non-technical.

*What this inquiry will provide.* These tools will ensure that The Water Institute's efforts are directly applied to the decisions made as part of Louisiana's coastal program. In addition, the tools will help support ongoing program improvements through lessons learned.



*The eight science and engineering priorities match multiple goals. As such, they respond to the key challenges facing Louisiana's coast.*

## Providing Additional Value to the State of Louisiana

In addition to the broad activities outlined in this Science and Engineering Plan, The Water Institute is undertaking tasks that support more immediate delivery of services for the State of Louisiana. These tasks include, but are not limited to:

**Model Maintenance.** Continue to maintain and improve the state's coastal modeling capabilities, building upon the 2012 Coastal Master Plan modeling effort and expanding where necessary.

**Coastal Innovation Program.** Administer a program designed to find answers to problems that the 2012 Coastal Master Plan identified as significant but for which solutions do not yet exist. In so doing, identify cost effective and sustainable ways to address the coastal crisis.

**Multi-Dimensional Modeling for the Louisiana Coastal Area (LCA) Mississippi River Hydrodynamic and Delta Management Study (MRHDM).** Help generate a suite of multi-dimensional modeling tools that can simulate the hydrodynamic and transport processes and pathways governing the behavior of the lower Mississippi River. These tools can then be used to make sound management decisions regarding proposed modifications to the river system.

**Metrics for Assessing Model Predictive Performance for the LCA Mississippi River Hydrodynamic and Delta Management Study.** Develop metrics to assess the predictive performance of the numerical models applied in this study. This assessment will ensure transparency in the models' performance evaluation. The assessment will also provide objective, quantifiable measures for evaluating the models' performance to minimize subjectivity in the performance assessment.

**Data Management.** Provide for verification, organization, storage, and access to the key input and output data files associated with the models used for the 2012 Coastal Master Plan.

**Adaptive Management.** Help the CPRA more fully develop the state's adaptive management framework.

**Project Management and Modeling Support for the LCA Mississippi River Hydrodynamic and Delta Management Study.** Serve as the technical lead for the CPRA in this effort. Dr. Ehab Meselhe will fill this role, advising the state on all technical issues related to the MRHDM Study including coordination of technical tasks and use of sound science in all analyses.

**Support for the Southwest Coastal Louisiana Feasibility Study.** Lead and coordinate modeling for the Southwest Coastal Louisiana Feasibility Study and provide assistance to the CPRA in the form of model runs for: a) existing conditions, b) future without project conditions, and c) future with project conditions to meet the requirements of the study.

**Peer Review of 2012 Coastal Master Plan Model Technical Reports.** Conduct a peer review process for the Master Plan project level model reports. This process will examine the models' documentary record and generate expert feedback regarding potential model improvements.

## Appendix 1:  A Detailed Look at the Science and Engineering Priorities

The Coastal Protection and Restoration Authority (CPRA) has provided initial funding for The Water Institute. The Cooperative Endeavor Agreement is the mechanism for this funding, and the agreement outlines how the Institute will implement an applied research program. The knowledge and tools developed through the Cooperative Endeavor Agreement will expedite the design and implementation of the large scale projects required to establish a sustainable coast for Louisiana and the nation. This appendix details the activities to be undertaken by The Water Institute of the Gulf during the first 24 months of the Cooperative Endeavor Agreement. The budget for these activities is $4.45 million.

In developing this document, the Institute's scientists and engineers, in collaboration with the CPRA and the Science and Engineering Advisory Council, identified eight science and engineering priorities. These priorities address the state's most pressing needs for scientific and engineering knowledge about the coast. In addition, these eight priorities target interdisciplinary knowledge that will support the state as it confronts its coastal crisis. The following pages outline near term tasks and products for each research priority.

These tasks will build on and compliment existing and ongoing efforts, such as the technical analyses and modeling conducted for the 2012 Coastal Master Plan. In addition, the Water Institute will undertake specific work for the CPRA through task orders including multi-year efforts in areas such as modeling support and data management. In all of its operations, The Water Institute's scientists and engineers will work closely with the CPRA, state and federal agencies, and researchers to avoid duplicative efforts, coordinate as appropriate to leverage the most information from limited funds, and ensure the team applies the best skills to the problems at hand. The Institute will remain cognizant of key schedules, including those of the Louisiana Coastal Area Mississippi River Hydrodynamic and Delta Management Study and the 2017 Coastal Master Plan.

Much of the cooperative endeavor agreement initiated science and engineering is expected to continue in future years; therefore conclusive findings in all areas within the first two years of this agreement are not anticipated. However, some early findings and progress will help improve implementation of the 2012 Coastal Master Plan and support the development of the 2017 Coastal Master Plan.

The dollar amounts associated with the eight science and engineering priorities are estimates; it is possible that funds may shift across priorities to accomplish tasks over the first 24 months. Progress in each of these areas is crucial. Accordingly, the amount of funding allocated to each priority area is not a reflection of that priority's importance. Funding is allocated solely based on two factors:  the current state of knowledge within each priority area, and an estimate of what is achievable within the next 24 months to advance the state of our knowledge.

## Sediment Availability and Management

**Budget:** $1,000,000

**Rationale:** Restoration of coastal Louisiana's wetlands depends on sediment availability and the effective management of sediment resources, including riverine sediment, in-system sediment from coastal bays and channels, and offshore sand that can be used for restoring barrier islands and wetlands. Understanding the availability and dynamics of these very limited resources is key to restoring Louisiana's coast.

Research is needed to determine the level at which sediment resources can be exploited for restoration and protection without causing adverse ecological or economic consequences. We also need to understand the renewal rate of riverine and estuarine sources.

Increased understanding of sediment transport pathways within the coastal system will enable more efficient use of sediment for restoration and improved estimates of project construction and maintenance costs.

| Tasks | Products | Timeline |
|---|---|---|
| Barrier shorelines and offshore:<br>• Apply sediment budget methodologies to shorelines where data are available<br>• Identify data needs for the development of predictive sediment management tools | • Assessment of historic sediment budget<br>• Summary of sediment management data needs | • 18 months<br>• 12 months |
| Rivers:<br>• Review existing and ongoing sediment availability and management studies; supplement with field studies as necessary<br>• Initiate the development of a pilot sediment budget for an uncontrolled diversion/delta splay<br>• Initiate development of a land-building model that incorporates mineral and organic accumulation building based on previous work and informed by ongoing research | • Summary assessment of information on river sediment availability<br>• Progress report on research findings<br>• Model framework and testing report | • 6-12 months<br>• 18 months<br>• 24 months |
| In estuary:<br>• Explore methodologies for geotechnical techniques to characterize sediment properties<br>• Summarize the environmental benefits and consequences of using estuary and lake bottom sediments for restoration projects in the context of coastal bay evolution and change<br>• Initiate development of a "sediment recharge" model for in-estuary borrow using existing data | • Summary of findings and recommendations for further work<br>• Assessment report<br>• Model framework and testing report | • 12 months<br>• 12 months<br>• 24 months |

## Subsidence

**Budget:** $350,000

**Rationale:** Subsidence is a natural characteristic of deltaic environments and has been the subject of extensive research in Louisiana. In recent years, improved methods for measuring land surface elevation, use of GPS technology and the application of geophysical modeling have advanced the understanding of potential rates and mechanisms of subsidence. However, the rates of future subsidence and their spatial distribution remain topics of great uncertainty and controversy. Subsidence coupled with sea level rise is a key driver of coastal land loss, a potential constraint on restoration success and a source of risk for coastal communities. This research priority aims to update synthesis of ongoing research in order to present decision makers with the state of the science, bring focus to the research agenda, and initiate modeling to support incorporate of subsidence processes into coastal decision-making. The overall goal is to reduce uncertainty and provide tools for exploring the role of different subsidence drivers in determining overall rates.

| Tasks | Products | Timeline |
|---|---|---|
| Update synthesis reports from recent years to reflect recent research | • Synthesis report | • 9 months |
| Assemble an expert panel to reflect upon the likely role of various future subsidence drivers in coastal Louisiana, measurement issues, and contribution rates relative to space and time. Includes: • Review of existing reports and data that have been generated on the issue • Identification of key near term research needs | • Workshop summary and findings | • 9 months |
| Convene a workshop of national and international experts on subsidence modeling to gather recommended approach(es) for simulating potential future subsidence | • Workshop summary and findings | • 15 months |
| Undertake preliminary subsidence modeling for different geophysical settings representative of coastal Louisiana to test concepts and utility of existing data | • Model skill assessment summary | • 24 months |
| Develop long term research plan | • Research plan | • 24 months |

## Vegetation and Climate Change

**Budget:** $700,000

**Rationale:** As a low lying deltaic area, Louisiana's coast is among the most vulnerable regions in the world to climate change. One of The Water Institute's long-term goals is to understand how all aspects of the coastal system are affected by climate change. A first step toward this goal is to increase understanding about the effects of climate change on vegetation. Because the effect of climate change on native coastal vegetation, including coastal marshes, dunes, mangrove forests, and swamp forests, is multifaceted, research is necessary to answer the following types of questions: How productive are coastal plant communities under the combined influences of increased carbon dioxide, higher temperatures, and altered inundation and salinity regimes?  How will climate change factors impact the ability of coastal plants to contribute to vertical accretion? How will decomposition rates change, and how will those rates affect organic matter and soil development? How will changes in coastal vegetation influence other aspects of the ecosystem, including fisheries resource dependent or coastal vegetation communities?

| Tasks | Products | Timeline |
|---|---|---|
| Synthesize state of knowledge and identify information gaps in understanding how specific climate change factors (e.g. drought effects such as changing runoff, precipitation, and evapotranspiration) affect economically important biological plant and animal communities | • Synthesis report on findings | • 6 months |
| Initiate field and laboratory research to explore climate change effects on key coastal plant species and interactions among species | • Research plan<br>• Research design and early results | • 9 months<br>• 24 months |
| Launch preliminary modeling to assess changes in coastal plant communities under various climate change scenarios and link to models dealing with fisheries productivity | • Calibrated model | • 24 months |

## Fisheries

**Budget:** $450,000

**Rationale:** The effects of coastal land loss on the natural resource base, including fisheries, are the topic of much discussion, as are the potential effects of restoration and protection projects. However, there are few definitive studies of how coastal landscape change will affect commercially and recreationally important fishery species. Uncertainty in this area hinders decision making and delays implementation of coastal restoration and protection projects. This research priority will examine historical change, both naturally occurring and human induced, as well as current natural variation in the abundance and distribution of native resident and estuarine dependent species. The aim is to better understand species' resilience to short or long term perturbations in coastal conditions. Existing research on diversions will be considered to ensure that this research embraces a broad range of conditions and/or project effects. With a modeling component, this research priority will be geared toward providing reasonable expectations of the future dynamics of key species.

| Tasks | Products | Timeline |
|---|---|---|
| Synthesize state of knowledge and identify data gaps in the current and historic distribution and abundance of key native estuarine-dependent species and important food resources | • Synthesis report on findings | • 6 months |
| Review available models, including those not previously applied in Louisiana, that could be used to predict the distribution and relative abundance of key species including the evaluation of data requirements and availability, spatial and temporal resolution, and ease/complexity of implementation | • Model review report | • 12 months |
| Initiate preliminary (local) modeling to assess potential future fisheries conditions for select representative restoration and protection projects | • Model skill assessment and recommendations on future use of models | • 24 months |

## Community Resilience and Adaptation

**Budget:** $450,000

**Rationale:** The importance of the culture and economic activity of coastal Louisiana is unquestioned. As coastal conditions change due to natural cycles and human activities, we need sound information about how communities will be affected. Because adaptation to our dynamic coast has been such a hallmark of Louisiana history, it is important to understand how communities have adapted or changed in the past. There is also a strong need to develop more effective ways of assessing the concerns of local residents and stakeholders and including their ideas in coastal planning.

In other coastal areas, the threat of climate change and sea level rise has stimulated planning for coastal adaptation and the development of measures to increase community resilience. Although climate change is only one of the mechanisms of coastal change in Louisiana, lessons can be learned from other areas and new approaches identified.

This research priority seeks to generate a climate adaptation plan that would complement the 2012 Coastal Master Plan.

| Tasks | Products | Timeline |
|---|---|---|
| Develop both historical and current regional profiles of coastal communities in Louisiana: characterize how demographics, commercial foci, key aspects of cultural heritage, economics, and social dependencies have changed over time | • Approach to profile development<br>• Profile completed for ~50% of communities | • 9 months<br>• 12 months |
| Review research and climate adaptation strategies used in other coastal areas with similar characteristics and develop a "toolbox" of approaches for potential application. | • Climate adaptation "toolbox" draft<br>• Climate adaptation "toolbox" final | • 18 months<br>• 24 months |
| Initiate "pilot" resilience and adaptation planning for two to three coastal communities with different profiles | • Scope for resilience and adaptation plans<br>• Progress reports | • 18 months<br>• 24 months |
| Explore approaches to interagency, independent organization, and community collaboration on planning and resiliency enhancement, including nonstructural measures in coastal Louisiana | • Options document | • 18 months |

## Innovative Engineering for Coastal Management

**Budget:** $500,000

**Rationale:** The need for action on protection and restoration is great but resources are limited and time is short. In order to make the most of limited resources, the state needs increased effectiveness and efficiency when building projects. Louisiana must take advantage of new ideas and approaches that have succeeded in other areas but have yet to be applied in our state. This research priority will explore innovative and large scale approaches to coastal restoration and protection by characterizing the benefits of and challenges to project design and implementation.

| Tasks | Products | Timeline |
|---|---|---|
| Summarize new developments in restoration and protection project designs, concepts, and technologies with potential application to Gulf Coast environments and problems | • Synthesis report on findings | • 12 months |
| Initiate research to elucidate key technological or design assumptions and/or limitations that currently introduce high levels of uncertainty to project design or cost projections | • Progress report on findings | • 24 months |
| Convene an expert panel to explore approaches to sediment diversion structure design and lower river redesign in order to maximize sediment capture and minimize negative impacts on navigation and salinity regimes | • Workshop summary and report on findings | • 12 months |
| Initiate research identified by the expert panel to supplement sediment diversion structure design and maximize sediment capture and retention | • Progress report on research findings | • 24 months |

## Models and Data Management for Real Time Forecasting

**Budget:** $650,000

**Rationale:** For years, models that simulate coastal processes have served as a cornerstone for understanding current and future system dynamics. Predicting conditions decades into the future has become a cornerstone of project planning. However, using specially designed models in concert with the growing network of real-time coastal monitoring stations could enable near real time forecasting of coastal conditions. These forecasts would take into account short term changes in coastal conditions such as the effects of wind and changes in freshwater inflows. Such an approach could not only provide insight into coastal conditions at any given time, it could also improve response to unexpected coastal events, such as oil spills and storms.

The availability of and access to real time and archived data is crucial to forecasting coastal conditions, assessing project performance. Meeting this challenge will be an important part of this research priority.

| Tasks | Products | Timeline |
|---|---|---|
| Develop spatial and temporal inventory of existing monitoring stations and the variables collected to identify the most promising area or basin for the development of a pilot data assimilation modeling study | • Summary report on findings | • 9 months |
| Initial development of a pilot forecasting model for near real time modeling of estuarine current, salinity distribution, and select water quality variables. To include model set-up, development of data streams for model forcings, boundary conditions, tools/metrics for skill assessment and for accessing/evaluating/communicating model results | • Approach<br>• Progress report on model development | • 12 months<br>• 24 months |
| Plan for a comprehensive Coastal Louisiana Data and Modeling Center in coordination with other data management/modeling entities. Focus on:<br>• Quality review/control<br>• Data collection consistency<br>• Standardization of the data sets used by various groups<br>• Model support and development<br>Explore options for inclusion of a human dimensions component | • Plan for Data and Modeling Center | • 16 months |

## Project Implementation Support

**Budget:** $350,000

**Rationale:** Selecting and implementing the actions necessary to achieve sustainability of coastal Louisiana requires decision making at various levels. The 2012 Coastal Master Plan has identified a suite of priority projects, but the design and implementation of these projects and their re-evaluation as conditions change entails additional decisions that must be informed by science and engineering knowledge. This research priority focuses on understanding, and where possible reducing, the uncertainty associated with implementing projects – how could costs change, how long could it take to construct, and how reliable are the outcomes? Specific tasks consider methods and workshops to consider uncertainties, new knowledge, integration and monitoring to support decision-making and project implementation for restoration and coastal protection.

| Tasks | Products | Timeline |
| --- | --- | --- |
| Inventory existing assessment approaches and develop an assessment approach to consider uncertainties in project design and implementation that highlight potential outcomes | • Summary of available assessment approaches<br>• Draft approach for coastal Louisiana | • 12 months<br>• 18 months |
| Initiate the development of a coastal restoration project management support system that acknowledges uncertainties, incorporates knowledge from previous projects, and identifies key performance metrics based on the uncertainties | • Summary assessment of available tools<br>• Workshop (and summary of findings) to consider applicability of existing tools in coastal Louisiana<br>• Progress report of tool development | • 12 months<br>• 18 months<br>• 24 months |
| Initiate development of a coastal protection project management support system that acknowledges uncertainties, incorporates knowledge from previous projects, and identifies key performance metrics based on the uncertainties | • Summary assessment of available tools<br>• Workshop (and summary of findings) to consider applicability of existing tools to coastal Louisiana<br>• Progress report on tool development | • 12 months<br>• 18 months<br>• 24 months |
| Explore methods for applying Integrated Water Resource Management in a coastal context | • Summary report on findings | • 12 months |

## Appendix 2: Scope of Services Comparison

This document provides a crosswalk of the scope of services included in the original Cooperative Endeavor Agreement (CEA) dated March 2012 with the scope of services included in Appendix 1 of the Science and Engineering Plan. The items outlined in the Science and Engineering Plan and Appendix 1 are specific tasks and deliverables that relate back to the broad item(s) included in original CEA Scope of Services. For more information on each of these items, refer back to the Science and Engineering Plan and Appendix 1.

Below is the full text of the original scope of services provided in the original CEA:

**CEA 1: Provide tools and solutions** *that will advance the resiliency of south Louisiana.*

- *Our understanding of coastal processes and how we attempt to address coastal degradation or community resilience are based on scientists and engineers' attempts to understand and quantify observations. Coastal Louisiana is very dynamic making observations very difficult to mimic. Water Institute will serve as a collaborative center through which government, academic and private sector scientists and engineers can further develop and progress our understanding of the coast through various research methodologies.*
- *Gaining a better understanding of our dynamic deltaic environment and how to best quantify observations will decrease the length of feasibility analysis for each project implemented by the CPRA, which will allow the CPRA to more quickly halt occurring coastal erosion, ultimately saving the State tens of millions of dollars in valuable land and the CPRA millions of dollars in additional studies.*

**CEA 2: Advance a system-level approach** *to coastal restoration and community resiliency.*

- *To address our monumental coastal issues, in 2009 CPRA began utilizing a systems approach for how projects are planned and developed. Water Institute will help advance this effort.*
- *The implementation of a systems approach requires utilizing a robust network of coastal monitoring stations and predictive models. The State began establishing monitoring stations across the coast in 2007, the data from these stations was utilized to develop the first generation of predictive models that were established to inform the 2012 Master Plan Update, CPRA is required to update the Master Plan at least every 5 years. Historically, we have not had the monitoring data or predictive models to implement a systems approach, which has aided in the failure of many well intentioned projects over the last 20. Advancing the recently implored systems approach should increase the success of planned projects, resulting in tremendous savings to the State.*

**CEA 3: Coalesce, verify and distribute data** *for our coastal community.*

- *Tremendous amounts of data have been and are currently being collected throughout our region. Verifying, organizing and providing access to this data to our coastal engineering and scientific community will enhance our collective efforts.*
- *Successful engineering and design of a project is often dependent on the quality and quantity of relevant data. CPRA typically advances dozens of projects simultaneously many of which are in the same basins. Proper management and coordination of this data*

*throughout our scientific and engineering community will reduce duplicate efforts and increase efficiency of design and engineering, ultimately resulting in savings to the State.*

- *The Water Institute will also provide recommendations on how monitoring data can be utilized in adaptive management programs and aid in design and implementation of these programs.*

**CEA 4:** House and advance **models, tools, and information.**

- *Through cooperative efforts with academic institutions and the Corps of Engineers, CPRA has developed models for how we quantify our environment and plan for the future. Typically, once federal funding is exhausted, these efforts cease, and over time the results of these efforts lose value. Through Water Institute these efforts would be progressed.*
- *The CPRA is statutorily required to update the Coastal Master Plan every five years. To maintain the knowledge and level of effort implored over the last two years the Water Institute will house the State owned models, work with scientists and engineers to develop a plan for advancing the models and coordinate the teams to collaboratively advance the models.*
- *Historically, after the plan was submitted to the CPRA for approval, the project teams were disbanded for a number of months before reassembling to work toward the Master Plan update. This approach often results in delays as datasets and paperwork are updated, which typically squeezes the schedule resulting in increased workloads and expenses in a compressed timeframe. Maintaining engagement of the project teams will result in a better work product delivered for the same cost.*

**CEA 5:** Provide **independent external review** of projects, programs and studies.

- *Federal agencies and CPRA currently plan, design, implement and monitor coastal projects and processes. Occasionally, the validity of the plans or results are challenged. Water Institute will supply an independent evaluation of these efforts.*
- *Similar to the LCA Science and Technology Board and the Science and Engineering Board established for the 2012 Master Plan Update, independent evaluations are expected to be performed by a collaborative group of internationally renowned scientists and engineers.*
- *The independent reviews will be performed at CPRA's request as concerns and debates regarding the need or effectiveness of some of the proposed actions are expressed.*

**CEA 6:** Provide **independent and credible science** for the coastal program.

- *The solutions for the future of Louisiana's coast involve changes to how the river and our coastal zone are currently managed and advancements in how our communities are protected. The Water Institute will provide non-governmental science and engineering based information to aid in informing the anticipated public debate.*
- *Work may include conducting independent field or lab studies or experiments to evaluate uncertainties or holding public discussion sessions to better understand concerns.*

**CEA 7:** Establish a collective vision for support of a **long-term research effort.**

- *Current coastal projects are based on the best knowledge we have today. It is understood that as additional studies are performed, projects implemented, and data gathered, what is learned will influence future projects. Water Institute will aid CPRA in developing a strategy for research investment to maximize efforts. It will also provide concepts and*

*preliminary design criteria for new large-scale and innovative projects to fill gaps in the current coastal protection and restoration master plan and provide opportunities to add new projects to the candidate lists.*

### CEA 8: Expand and export local scientific and engineering expertise

- *Since 2008 more than $15 billion dollars have been invested in Louisiana on coastal resiliency and restoration projects. Over the next decade we anticipate an additional expenditure of an additional $15 billion. The compounding factors of sea level rise and subsidence associated with the Mississippi River Delta challenges the State of Louisiana to conquer coastal erosion issues today that will face every coastal community over the next 20 years. The Water Institute will provide a platform through which our local scientists and engineers can collaborate to address our challenges. When successful the expertise and know-how gained here could be exported to solve similar pending situations around the globe.*
- *The lessons learned and data gathered from working in other regions will in turn further our scientists and engineers understanding of coastal environments. Ultimately, decreasing the level of uncertainty associated with implementing coastal projects which will decrease the extent of feasibility studies needed to implement projects, allowing CPRA to implement projects to address coastal erosion quicker saving the State valuable land and dollars spent on studies.*

| Science and Engineering Priorities from Appendix 1 | CEA 1 | CEA 2 | CEA 3 | CEA 4 | CEA 5 | CEA 6 | CEA 7 | CEA 8 |
|---|---|---|---|---|---|---|---|---|
| **Sediment Availability and Management** | | | | | | | | |
| Barrier shorelines and offshore:<br>• Apply sediment budget methodologies to shorelines where data are available<br>• Identify data needs for the development of predictive sediment management tools | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | |
| Rivers:<br>• Review existing and ongoing sediment availability and management studies; supplement with field studies as necessary<br>• Initiate a pilot sediment budget research for uncontrolled diversion/delta splay<br>• Initiate development of a land-building model that incorporates mineral and organic accumulation building based on previous work and informed by ongoing research | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| In estuary:<br>• Explore methodologies for geotechnical techniques to characterize sediment properties<br>• Summarize the environmental benefits and consequences of using estuary and lake bottom sediments for restoration projects in the context of coastal bay evolution and change<br>• Initiate development of a "sediment recharge" model for in-estuary borrow using existing data | ✓ | ✓ | | ✓ | | ✓ | ✓ | ✓ |
| **Subsidence** | | | | | | | | |
| Update synthesis reports from recent years to reflect recent research | ✓ | ✓ | ✓ | ✓ | | ✓ | | |

| Science and Engineering Priorities from Appendix 1 | CEA 1 | CEA 2 | CEA 3 | CEA 4 | CEA 5 | CEA 6 | CEA 7 | CEA 8 |
|---|---|---|---|---|---|---|---|---|
| Assemble an expert panel to reflect upon the likely role of various future subsidence drivers in coastal Louisiana, measurement issues, and contribution rates relative to space and time. Includes:<br>• Review of existing reports and data that have been generated on the issue<br>• Identification of key near term research needs | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | |
| Convene a workshop of national and international experts on subsidence modeling to gather recommended approach(es) for simulating potential future subsidence | ✓ | ✓ | | ✓ | | ✓ | ✓ | |
| Undertake preliminary subsidence modeling for different geophysical settings representative of coastal Louisiana to test concepts and utility of existing data | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ |
| Develop long term research plan | ✓ | ✓ | | | | ✓ | ✓ | ✓ |
| **Vegetation and Climate Change** | | | | | | | | |
| Synthesize state of knowledge and identify information gaps in understanding how specific climate change factors (e.g. drought effects such as changing runoff, precipitation, and evapotranspiration) affect economically important biological plant and animal communities | ✓ | ✓ | | | | ✓ | ✓ | |
| Initiate field and laboratory research to explore climate change effects on key coastal plant species and interactions among species | ✓ | ✓ | ✓ | | | ✓ | | |
| Launch preliminary modeling to assess changes in coastal plant communities under various climate change scenarios and link to models dealing with fisheries' productivity | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |

| Science and Engineering Priorities from Appendix 1 | CEA 1 | CEA 2 | CEA 3 | CEA 4 | CEA 5 | CEA 6 | CEA 7 | CEA 8 |
|---|---|---|---|---|---|---|---|---|
| **Fisheries** | | | | | | | | |
| Synthesize state of knowledge and identify data gaps in the current and historic distribution and abundance of key native estuarine-dependent species and important food resources | ✓ | ✓ | ✓ | | | ✓ | | |
| Review available models, including those not previously applied in Louisiana, that could be used to predict the distribution and relative abundance of key species including the evaluation of data requirements and availability, spatial and temporal resolution, and ease/complexity of implementation | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | |
| Initiate preliminary (local) modeling to assess potential future fisheries' conditions for select representative restoration and protection projects | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | |
| **Community Resilience and Adaptation** | | | | | | | | |
| Develop both historical and current regional profiles of coastal communities in Louisiana: characterize how demographics, commercial foci, key aspects of cultural heritage, economics, and social dependencies have changed over time | ✓ | ✓ | ✓ | | | ✓ | | |
| Review research and climate adaptation strategies used in other coastal areas with similar characteristics and develop a "toolbox" of approaches for potential application. | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ |
| Initiate "pilot" resilience and adaptation planning for two to three coastal communities with different profiles. | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ |

| Science and Engineering Priorities from Appendix 1 | CEA 1 | CEA 2 | CEA 3 | CEA 4 | CEA 5 | CEA 6 | CEA 7 | CEA 8 |
|---|---|---|---|---|---|---|---|---|
| Explore approaches to interagency, independent organization, and community collaboration on planning and resiliency enhancement, including nonstructural measures in coastal Louisiana | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ |
| **Innovative Engineering for Coastal Management** | | | | | | | | |
| Summarize new developments in restoration and protection project designs, concepts, and technologies with potential application to Gulf Coast environments and problems | ✓ | ✓ | | | | ✓ | | |
| Initiate research to elucidate key technological or design assumptions and/or limitations that currently introduce high levels of uncertainty to project design or cost projections | ✓ | ✓ | | | | ✓ | ✓ | |
| Convene an expert panel to explore approaches to sediment diversion structure design and lower river redesign in order to maximize sediment capture and minimize negative impacts on navigation and salinity regimes | ✓ | ✓ | | | | ✓ | ✓ | |
| Initiate research identified by the expert panel to supplement sediment diversion structure design and maximize sediment capture and retention | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| **Models and Data Management for Real Time Forecasting** | | | | | | | | |
| Develop spatial and temporal inventory of existing monitoring stations and the variables collected to identify the most promising area or basin for the development of a pilot data assimilation - modeling study | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | |

| Science and Engineering Priorities from Appendix 1 | CEA 1 | CEA 2 | CEA 3 | CEA 4 | CEA 5 | CEA 6 | CEA 7 | CEA 8 |
|---|---|---|---|---|---|---|---|---|
| Initial development of a pilot forecasting model for near real time modeling of estuarine current, salinity distribution, and select water quality variables. To include model set-up, development of data streams for model forcings, boundary conditions, tools / metrics for skill assessment and for accessing / evaluating / communicating model results | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | |
| Plan for a comprehensive Coastal Louisiana Data and Modeling Center in coordination with other data management/modeling entities. Focus on:<br>• Quality review/control<br>• Data collection consistency<br>• Standardization of the data sets used by various groups<br>• Model support and development<br>• Explore options for inclusion of a human dimensions component | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| **Project Implementation Support** | | | | | | | | |
| Inventory existing assessment approaches and develop an assessment approach to consider uncertainties in project design and implementation that highlight potential outcomes | ✓ | ✓ | | | | ✓ | | ✓ |
| Initiate the development of a coastal restoration project management support system that acknowledges uncertainties, incorporates knowledge from previous projects, and identifies key performance metrics based on the uncertainties | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |

| Science and Engineering Priorities from Appendix 1 | CEA 1 | CEA 2 | CEA 3 | CEA 4 | CEA 5 | CEA 6 | CEA 7 | CEA 8 |
|---|---|---|---|---|---|---|---|---|
| Initiate development of a coastal protection project management support system that acknowledges uncertainties, incorporates knowledge from previous projects, and identifies key performance metrics based on the uncertainties | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| Explore methods for applying Integrated Water Resource Management in a coastal context | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |



BOBBY JINDAL
GOVERNOR

KYLE GRAHAM
EXECUTIVE DIRECTOR

# State of Louisiana

## COASTAL PROTECTION & RESTORATION AUTHORITY

THROUGH THE DEPARTMENT OF NATURAL RESOURCES
OFFICE OF MANAGEMENT & FINANCE
(IN ACCORDANCE WITH R.S. 49:214.6.2C(4))

SEP 04 2015

Ms. Jennifer Butler
The Water Institute of the Gulf
301 N. 4th Street, Ste. 2000
Baton Rouge, LA 70825

RE: CPRA Contract No. 2503-12-58
LaGov No. 4400005421
Amendment No. 3
"Independent Scientific and Technological Solutions Development"

Dear Ms. Butler:

Enclosed for your records please find an executed copy of the above-mentioned amendment reflecting approval of the Division of Administration, Office of State Procurement.

Should you have any questions, please call Joseph "Wes" LeBlanc at (225) 342-4127.

Sincerely,

Leslie Garcia for

David Guidry
Administrative Program Director

DG/lg

Enclosure

c: Joseph "Wes" LeBlanc, Project Manager
Michelle Klecker, CPRA
Gwen Thomas, Fiscal

**THIRD AMENDMENT TO**
**COOPERATIVE ENDEAVOR AGREEMENT**

**between**

**STATE OF LOUISIANA,**
**COASTAL PROTECTION AND RESTORATION AUTHORITY**

**and**

**THE WATER INSTITUTE OF THE GULF**

THIS THIRD AMENDMENT TO COOPERATIVE ENDEAVOR AGREEMENT (the "Amendment") is made, entered into and effective as of this 2nd day of July, 2015 (the "Effective Date"), by and between the Coastal Protection and Restoration Authority of the State of Louisiana (hereinafter referred to as "State" or "CPRA"), formerly known as the "Office of Coastal Protection and Restoration", and The Water Institute of the Gulf, a Louisiana not-for-profit corporation exempt from federal income taxation under section 501(a) of the Internal Revenue Code of 1986, as amended (the "Code"), as an organization described in Code section 501(c)(3), and a publicly supported organization described in Code section 509(a)(1), with its registered office located at 301 Main Street, Suite 2000, Baton Rouge, Louisiana 70825 (hereinafter referred to as "Contractor" or "Water Institute").

WITNESSETH:

WHEREAS, CPRA and Water Institute entered into that certain Cooperative Endeavor Agreement dated effective February 1, 2012, as amended and restated by that certain First Amendment and Restatement of Cooperative Endeavor Agreement dated effective August 1, 2012 and amended by that certain Second Amendment dated effective September 1, 2012 (as amended and restated, the "CEA"); and

WHEREAS, CPRA and Water Institute desire to amend certain terms and conditions set forth in the CEA.

NOW, THEREFORE, in consideration of the mutual covenants herein contained, and other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

AGREEMENT:

1. Amendments.

1.1 Article II, Section A of the CEA (Compensation and Payment) is hereby amended in its entirety to read as follows:

"A.    **Compensation and Payment**

The fee which CPRA agrees to pay and the Water Institute agrees to accept for satisfactory completion of the services to be rendered pursuant to Path 2 of this Agreement shall not exceed a total sum of Forty Million and No/100 Dollars ($40,000,000.00). Travel and other allowable expenses shall constitute part of the maximum payable under the terms of this agreement.

No authority exists for payments that exceed the approved maximum agreement amount except through written amendment prior to expiration date of the agreement.

The Water Institute will submit invoices as specified in the Task Order. All invoices shall include current and cumulative invoice amounts, Cooperative Endeavor Agreement number, Task Order number, and certification as to truth and accuracy of invoice and shall be accompanied by the standard CPRA Monitoring Report in the format provided in Attachment "D". These invoices will be based on the completion of deliverables identified in the Task Order. Invoices will be sent to the CPRA Contract Manager for approval following the schedule provided in the Task Order. CPRA will send payment within 30 days of receipt of invoices provided that interim deliverables have been submitted and conform to the specifications in the scope of work. The CPRA Contract Manager will confer regularly with the CPRA Task Manager for approval of all invoices. Once all final deliverables are completed by the Water Institute, the Water Institute will submit a final invoice within 30 days.

The total maximum payable under this Agreement shall not exceed $45,000,000, which includes the total maximum payable of $5,000,000 under Path 1 and $40,000,000 under Path II."

2.      Reaffirmation. The CEA, as modified by this Amendment, shall remain in full force and effect. To the extent this Amendment conflicts with the CEA, the provisions of this Amendment shall control.

3.      Defined Terms. Capitalized terms not otherwise defined herein shall have the meanings set forth in the CEA.

4.      Counterparts; Facsimile Signatures. This Amendment may be executed in any number of counterparts, each of which shall be an original, but all of such counterparts shall together constitute but one and the same instrument. Delivery of an executed counterpart of this Amendment by facsimile or other electronic means shall be equally as effective as delivery of a manually executed original counterpart of this Amendment.

[Signatures on following page]

**IN WITNESS WHEREOF,** this Third Amendment to Cooperative Endeavor Agreement has been signed by the undersigned duly authorized representative of the Water Institute, for the uses, purposes, benefits and considerations herein expressed, in the presence of the undersigned competent witnesses, at Baton Rouge, Louisiana, on the date shown below, to be effective on the Effective Date specified above, after a due reading of the whole document.

**WITNESSES:**

______________________________
Printed Name: Chila Daswani

______________________________
Printed Name: ______________________

**THE WATER INSTITUTE OF THE GULF**

______________________________
Charles G. Groat, President & CEO

**IN WITNESS WHEREOF,** this Third Amendment to Cooperative Endeavor Agreement has been signed by the undersigned duly authorized representative of CPRA, for the uses, purposes, benefits and considerations herein expressed, in the presence of the undersigned competent witnesses, at Baton Rouge, Louisiana, on the date shown below, to be effective on the Effective Date specified above, after a due reading of the whole document.

**WITNESSES:**

______________________________
Printed Name: Gloria Tigner

______________________________
Printed Name: Jordan Delaune

**COASTAL PROTECTION AND RESTORATION AUTHORITY**

______________________________
Kyle Graham, Executive Director